IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ASHLEY SCOGGIN, | ) | Case No. 4:24-CV-3039 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ENTRY OF APPEARANCE** |
| | ) | |
| BOARD OF REGENTS OF THE | ) | |
| UNIVERSITY OF NEBRASKA, and | ) | |
| Individuals AMY WILLIAMS, TREV | ) | |
| ALBERTS, and CHUCK LOVE, JR., | ) | |
| In their individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |

Denise E. Frost and Johnson & Mock, PC LLO hereby enter their appearance as attorneys for Defendant Chuck Love, Jr., in the above-captioned case.

Please direct all future pleadings and correspondence to the undersigned.

Dated this 25th day of March 2024.

                                                     CHUCK LOVE, JR., Defendant

                            BY: */s/Denise E. Frost*
                                   Denise E. Frost, #18794
                                   JOHNSON & MOCK, PC LLO
                                   9900 Nicholas Street, # 225
                                   Omaha, NE 68114-2249
                                   (402) 346-8856
                                   dfrost@johnsonandmock.com
                                   Defendant's Attorney

CERTIFICATE OF SERVICE

  I certify that on March 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Plaintiff's counsel set forth below:

Maren Lynn Chaloupka
mlc@chaloupkalaw.et

Bren H. chambers
schambers@nebaska.edu

Susan K. Sapp
ssapp@clinewilliams.com

Lily Amare
lamare@clinewilliams.com

          */s/ Denise E. Frost*

2