IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ASHLEY SCOGGIN, | ) | Case No. 4:24-CV-3039 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE OF** |
| | ) | **DEFENDANT LOVE JR.'S** |
| BOARD OF REGENTS OF THE | ) | **ANSWER TO PLAINTIFF'S FIRST SET** |
| UNIVERSITY OF NEBRASKA, and | ) | **OF INTERROGATORIES and** |
| Individuals AMY WILLIAMS, TREV | ) | **REQUESTS FOR PRODUCTION** |
| ALBERTS, and CHUCK LOVE, JR., | ) | **OF DOCUMENTS** |
| In their individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Defendant Chuck Love, Jr., by and through his undersigned counsel and hereby states that on the 10th day of September 2024, he caused Defendant's Answers to Plaintiff's First Set of Requests for Interrogatories and Requests for Production of Documents to be served on Plaintiff by emailing the same to her counsel of records Maren Chaloupka at mlc@chaloupkalaw.net and Co-Defendant's Board of Regents of the University of Nebraska ("BRUN") and Individuals Amy Williams and Trev Alberts, to their counsel of record Susan K. Sapp at ssapp@clinewilliams.com, Lily Amare at lamare@clinewilliams.com, and Bren H. Chambers at bchambers@nebraska.edu.

Dated this 10th day of September 2024.

CHUCK LOVE, JR., Defendant

1

BY: */s/Denise E. Frost*
Denise E. Frost, #18794
JOHNSON & MOCK, PC LLO
9900 Nicholas Street, # 225
Omaha, NE 68114-2249
(402) 346-8856
dfrost@johnsonandmock.com

## CERTIFICATE OF SERVICE

I certify that on September 10, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

*/s/ Denise E. Frost*