IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ASHLEY SCOGGIN,<br><br>                    Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and individuals AMY WILLIAMS, TREV ALBERTS, and CHUCK LOVE, JR., in their individual capacities,<br><br>                    Defendants. | Case No. 4:24-cv-3039<br><br><br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that a true and accurate copy of PLAINTIFF'S ANSWERS TO DEFENDANTS' – BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, AMY WILLIAMS AND TREV ALBERTS – FIRST SET OF INTERROGATORIES was sent via email on this 2nd day of October 2024, to the following:

Susan K. Sapp
Lily Amare
Cline Williams Wright Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 South13th Street
Lincoln, NE 68508
(402) 474-6900
ssapp@clinewilliams.com
lamare@clinewilliams.com

Bren H. Chambers
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
(402) 472-1201
bchambers@nebraska.edu

Denise E. Frost
Johnson & Mock, PC LLO
9900 Nicholas Street, #225
Omaha, NE 68114
(402) 346-8856
dfrost@johnsonandmock.com

ASHLEY SCOGGIN, Plaintiff,

By: /s/ *Maren L. Chaloupka*
　　Maren Lynn Chaloupka, #20864
　　Chaloupka Law LLC
　　1906 Broadway
　　P.O. Box 1724
　　Scottsbluff, NE  69363-1724
　　(308) 270-5091
　　mlc@chaloupkalaw.net