IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ASHLEY SCOGGIN, | ) Case No. 4:24-CV-3039 |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) DEFENDANT LOVE'S |
| | ) ADOPTION OF MOTION |
| BOARD OF REGENTS OF THE | ) AND BRIEF TO STRIKE |
| UNIVERSITY OF NEBRASKA, and | ) PLAINTIFF'S JURY |
| Individuals AMY WILLIAMS, TREV | ) DEMAND |
| ALBERTS, and CHUCK LOVE, JR., | ) |
| In their individual capacities, | ) |
| | ) |
| Defendants. | ) |

COMES NOW, Defendant Chuck Love, Jr., by and through his attorney of record and hereby adopts and joins in the Motion and Brief to Strike Plaintiff's Jury Demand (filings 42 and 43) filed by Co-Defendants on January 17, 2025.

DATED this 20th day of January, 2025.

                                              CHUCK LOVE, JR., Defendant

BY: */s/Denise E. Frost*
      Denise E. Frost, #18794
      JOHNSON & MOCK, PC LLO
      9900 Nicholas Street, # 225
      Omaha, NE 68114-2249
      (402) 346-8856
      dfrost@johnsonandmock.com

## CERTIFICATE OF SERVICE

I certify that on January 20, 2025, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which sent notification of the filing to the following counsel of record:

Maren Lynn Chaloupka
mlc@chaloupkalaw.et

Bren H. Chambers
bchambers@nebaska.edu

Susan K. Sapp
ssapp@clinewilliams.com

Lily Amare
lamare@clinewilliams.com

/s/ Denise E. Frost