IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ASHLEY SCOGGIN,<br><br>       Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and individuals AMY WILLIAMS, TREV ALBERTS, and CHUCK LOVE, JR., in their individual capacities,<br><br>       Defendants. | Case No. 4:24-cv-3039<br><br>**PLAINTIFF'S MOTION TO AMEND PROGRESSION ORDER** |

  Ashley Scoggin, Plaintiff in the above-captioned matter, by and through her counsel of record, moves this Court for an Order extending all deadlines in the First Amended Final Progression Order (Document #48) by 180 days.

  In support of this Motion, Plaintiff advises the Court of a pending discovery dispute that the parties have been unable to resolve without the involvement of the Court; and that based on this dispute, Plaintiff has been ill-positioned to proceed with depositions: assertions of privilege are unresolved, and documents needed for witness examination have not been produced. Counsel for the parties are now working to schedule the deposition of Plaintiff, who needed extra time to submit discovery responses due to extensive digital evidence (i.e., text message and social media) but who did not assert objections to Defendants' requests.

  The undersigned has contacted the Magistrate Judge's chambers to progress the pending discovery dispute, and anticipates quick advisement of that schedule by the Magistrate Judge's chambers.

        ASHLEY SCOGGIN, Plaintiff,

By: */s/ Maren L. Chaloupka*
Maren Lynn Chaloupka, #20864
Chaloupka Law, LLC
1906 Broadway
P.O. Box 1724
Scottsbluff, NE 69363-1724
(308) 270-5091
mlc@chaloupkalaw.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument has been sent via CM/ECF on this 2nd day of July 2025, to the following:

Susan K. Sapp
Lily Amare
Cline Williams Wright Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 South13th Street
Lincoln, NE 68508
ssapp@clinewilliams.com
lamare@clinewilliams.com

Denise E. Frost
Johnson & Mock, PC LLO
9900 Nicholas Street, #225
Omaha, NE 68114
dfrost@johnsonandmock.com

Bren H. Chambers
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
bchambers@nebraska.edu

        */s/ Maren Lynn Chaloupka*