IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ASHLEY SCOGGIN,<br><br>       Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and individuals AMY WILLIAMS, TREV ALBERTS, and CHUCK LOVE, JR., in their individual capacities,<br><br>       Defendants. | Case No. 4:24-cv-3039<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that a true and accurate copy of PLAINTIFF'S INTERROGATORY TO DEFENDANT AMY WILLIAMS (SECOND SET) has been sent via email on this 13th day of August 2025, to the following:

 Susan K. Sapp
 Lily Amare
 Cline Williams Wright Johnson &
 Oldfather, L.L.P.
 1900 U.S. Bank Building
 233 South 13th Street
 Lincoln, NE 68508
 ssapp@clinewilliams.com
 lamare@clinewilliams.com

 Denise E. Frost
 Johnson & Mock, PC LLO
 9900 Nicholas Street, #225
 Omaha, NE 68114
 dfrost@johnsonandmock.com

 Bren H. Chambers
 Deputy General Counsel
 University of Nebraska
 3835 Holdrege Street
 Lincoln, NE 68583-0745
 bchambers@nebraska.edu

ASHLEY SCOGGIN, Plaintiff,

By: /s/ *Maren L. Chaloupka*
    Maren Lynn Chaloupka, #20864
    Chaloupka Law LLC
    1906 Broadway
    P.O. Box 1724
    Scottsbluff, NE 69363-1724
    (308) 270-5091
    mlc@chaloupkalaw.net