IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ASHLEY SCOGGIN,<br><br>                        Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and individuals AMY WILLIAMS, TREV ALBERTS, and CHUCK LOVE, JR., in their individual capacities,<br><br>                        Defendants. | Case No. 4:24-cv-3039<br><br>**PLAINTIFF'S OBJECTION TO SUBPOENAS DUCES TECUM** |

      Ashley Scoggin, Plaintiff in the above-captioned matter, advises of her objection to the scope of the Subpoenas Duces Tecum to Plaintiff's healthcare and mental health providers, as provided by Defendants on August 14, 2025. Specifically, Plaintiff objects to the request for records predating her arrival at the University of Nebraska in August 2020. Plaintiff does not object to the request for records post-dating August 2020.

                                                    ASHLEY SCOGGIN, Plaintiff,

                                                    By: _/s/ *Maren L. Chaloupka*_
                                                          Maren Lynn Chaloupka, #20864
                                                          Chaloupka Law, LLC
                                                          1906 Broadway
                                                          P.O. Box 1724
                                                          Scottsbluff, NE  69363-1724
                                                          (308) 270-5091
                                                          mlc@chaloupkalaw.net

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and accurate copy of the foregoing instrument has been sent via CM/ECF on this 25th day of August 2025, to the following:

Susan K. Sapp
Lily Amare
Cline Williams Wright Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 South13th Street
Lincoln, NE 68508
(402) 474-6900
ssapp@clinewilliams.com
lamare@clinewilliams.com

Denise E. Frost
Johnson & Mock, PC LLO
9900 Nicholas Street, #225
Omaha, NE 68114
(402) 346-8856
dfrost@johnsonandmock.com

Bren H. Chambers
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
(402) 472-1201
bchambers@nebraska.edu

            */s/ Maren Lynn Chaloupka*