IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ASHLEY SCOGGIN,<br><br>        Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and Individuals AMY WILLIAMS, TREV ALBERTS, and CHUCK LOVE, JR., In their individual capacities,<br><br>        Defendants. | Case No. 4:24-CV-3039<br><br>NOTICE OF SERVICE OF<br>NOTICE OF INTENT TO ISSUE SUBPOENAS |

COME NOW Defendants Board of Regents of the University of Nebraska, and Individuals Amy Williams and Trev Alberts (collectively, "Defendants") by and through their undersigned counsel, and state that, on the 19th day of September, 2025, they caused their Notice of Intent to Serve Subpoenas to be served on Plaintiff by emailing the same to Plaintiff's counsel of record Maren Chaloupka at mlc@chaloupkalaw.net, and Defendant Chuck Love's counsel of record Denise Frost at dfrost@johnsonandmock.com.

DATED this 19th day of September, 2025.

                                BOARD OF REGENTS OF THE UNIVERSITY OF
                                NEBRASKA, and Individuals AMY WILLIAMS,
                                TREV ALBERTS, Defendants

              By:    s/ Lily Amare
                      Susan K. Sapp, #19121
                      Lily Amare, #25735
                      Cline Williams Wright
                        Johnson & Oldfather, L.L.P.
                      1900 U.S. Bank Building
                      233 South 13th Street
                      Lincoln, NE 68508
                      (402) 474-6900
                      ssapp@clinewilliams.com
                      lamare@clinewilliams.com

                               AND

Bren H. Chambers, #23150
Interim Vice President and General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
(402) 472-1201
bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 19, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

s/ Lily Amare
Lily Amare, #25735

4936-7068-3498, v. 1

2