IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ASHLEY SCOGGIN,<br><br>        Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, AMY WILLIAMS, in her individual capacity; TREV ALBERTS, in his individual capacity; and CHUCK LOVEJR., in his individual capacity;<br><br>        Defendants. | 4:24CV3039<br><br>AMENDED CASE CONFERENCE INSTRUCTIONS |

    To facilitate conferences with Magistrate Judge Carson, <u>unless the Court's order states otherwise</u>, the parties shall use the following instructions and codes assigned to this case:

<u>**WEBEX CASE CONFERENCE INSTRUCTIONS**</u>

    For **Telephonic Conferences** only, (e.g. conferences on completing Rule 26(f) reports, case progression issues, pre-motion discovery disputes, status or planning conferences, etc.):

    Dial 1-855-244-8681

    Enter the access code: 2310 555 0906, then hit the # key

    Dated this 29th day of September, 2025.

                                                        BY THE COURT:

                                                        s/ Ryan C. Carson

                                                        United States Magistrate Judge