IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ASHLEY SCOGGIN, | Case No. 4:24-CV-3039 |
| Plaintiff, | |
| vs. | DEFENDANT LOVE'S NOTICE OF ADOPTION OF DESIGNATION OF EXPERTS DISCLOSURES |
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and Individuals AMY WILLIAMS, TREV ALBERTS, and CHUCK LOVE, JR., In their individual capacities, | |
| Defendants. | |

COMES NOW, Defendant Chuck Love, Jr., by and through his attorney of record and hereby adopts by reference and joins in the Designation of Expert Disclosures submitted to Plaintiff by Co-Defendants on October 1, 2025.

DATED this 1st day of October, 2025.

                                            CHUCK LOVE, JR., Defendant

BY: */s/Denise E. Frost*
      Denise E. Frost, #18794
      JOHNSON & MOCK, PC LLO
      9900 Nicholas Street, # 225
      Omaha, NE 68114-2249
      (402) 346-8856
      dfrost@johnsonandmock.com

1

## CERTIFICATE OF SERVICE

I certify that on October 1, 2025, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which sent notification of the filing to the following counsel of record:

Maren Lynn Chaloupka
mlc@chaloupkalaw.et

Nathan Bruner
nbruner@nebraskalawfirm.net

Bren H. Chambers
bchambers@nebaska.edu

Susan K. Sapp
ssapp@clinewilliams.com

Lily Amare
lamare@clinewilliams.com

/s/ Denise E. Frost

2