IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ASHLEY SCOGGIN,

Plaintiff,

vs.

BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and individuals AMY WILLIAMS, TREV ALBERTS, and CHUCK LOVE, JR., in their individual capacities,

Defendants.

Case No. 4:24-cv-3039

**NOTICE OF ZOOM DEPOSITION**

Please take notice that Plaintiff will take the deposition of Megan Counley at the offices of Cline Williams, located at 233 South 13th Street, 1900 US Bank Building, Lincoln, Nebraska, commencing at 1:30 p.m. (CST), on Thursday, the 18th day of December 2025. Said deposition will be conducted via Zoom and will be taken before a notary public and certified court reporter who is not otherwise interested in this case and said deposition may be adjourned from time to time until completed.

ASHLEY SCOGGIN, Plaintiff,

By: *_/s/ Maren L. Chaloupka_*

Maren Lynn Chaloupka, #20864
CHALOUPKA LAW LLC
1906 Broadway
P.O. Box 1724
Scottsbluff, NE 69363-1724
(308) 270-5091
mlc@chaloupkalaw.net

AND

Nathan T. Bruner, # 23629
BRUNER FRANK
5804 1st Avenue
P.O. Box 2230
Kearney, NE 68848-2230
(308) 455-1046
nbruner@nebraskalawfirm.net

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument has been sent via CM/ECF on this 11th day of November 2025, to the following:

Susan K. Sapp
Lily Amare
Cline Williams Wright Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 South13th Street
Lincoln, NE 68508
ssapp@clinewilliams.com
lamare@clinewilliams.com

Denise E. Frost
Johnson & Mock, PC LLO
9900 Nicholas Street, #225
Omaha, NE 68114
dfrost@johnsonandmock.com

Bren H. Chambers
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
bchambers@nebraska.edu

*/s/ Maren Lynn Chaloupka*