IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ASHLEY SCOGGIN,

Plaintiff,

vs.

BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA, and
individuals AMY WILLIAMS, TREV
ALBERTS, and CHUCK LOVE, JR.,
in their individual capacities,

Defendants.

Case No. 4:24-cv-3039

PLAINTIFF'S RENEWED MOTION
TO AMEND PROGRESSION ORDER

Ashley Scoggin, Plaintiff in the above-captioned matter, by and through her counsel of record, moves this Court for an Order extending all deadlines in the First Amended Final Progression Order (Document #48) by 180 days.

In support of this Motion, Plaintiff advises the Court of a pending discovery dispute that the parties have been unable to resolve without the involvement of the Court; and that based on this dispute, Plaintiff has been ill-positioned to proceed with depositions: assertions of privilege are unresolved, and documents needed for witness examination have not been produced. Plaintiff was also ill-positioned to disclose expert witnesses, with depositions not yet begun due to the written discovery disagreements.

This Motion is renewed in accordance with this Court's guidance at the November 18, 2025 status hearing, and is accompanied by an Affidavit of the undersigned in support of a finding of good cause, as well as a Brief.

ASHLEY SCOGGIN, Plaintiff,

By: /s/ *Maren L. Chaloupka*
    Maren Lynn Chaloupka, #20864
    Chaloupka Law, LLC
    1906 Broadway
    P.O. Box 1724
    Scottsbluff, NE  69363-1724
    (308) 270-5091
    mlc@chaloupkalaw.net

    -AND-

    Nathan J. Bruner – NSBA # 23629
    Bruner Frank Schumacher
    5804 1st Avenue
    P.O. Box 2230
    Kearney, NE  68847
    (308) 455-1046
    nbruner@nebraskalawfirm.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument has been sent via CM/ECF on this 2nd day of December 2025, to the following:

Denise E. Frost
Johnson & Mock, PC LLO
9900 Nicholas Street, #225
Omaha, NE  68114
dfrost@johnsonandmock.com

Bren H. Chambers
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE  68583-0745
bchambers@nebraska.edu

Susan K. Sapp
Lily Amare
Cline Williams Wright Johnson &
Oldfather, L.L.P.
1900 U.S. Bank Building
233 South13th Street
Lincoln, NE 68508
ssapp@clinewilliams.com
lamare@clinewilliams.com

    /s/ *Maren Lynn Chaloupka*