IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ASHLEY SCOGGIN, | ) Case No. 4:24-CV-3039 |
| | ) |
| Plaintiff, | ) |
| | ) DEFENDANT LOVE'S |
| vs. | ) NOTICE OF ADOPTION |
| | ) OF MOTION TO STRIKE |
| BOARD OF REGENTS OF THE | ) PLAINTIFF'S REPLY |
| UNIVERSITY OF NEBRASKA, and | ) BRIEF, INDEX AND |
| Individuals AMY WILLIAMS, TREV | ) EVIDENCE, OR IN THE |
| ALBERTS, and CHUCK LOVE, JR., | ) MOTION TO FILE |
| In their individual capacities, | ) SURREPLY, |
| | ) SUPPLEMENTAL INDEX |
| Defendants. | ) AND EVIDENCE |

Defendant Chuck Love, Jr., by and through his attorney of record, hereby adopts and joins in his Codefendants' motion and brief filed on January 2, 2026 (filings 88 and 89) to strike Plaintiff's untimely reply brief, related index of evidence, and evidence (filings 86, 87 and 87-1).

Defendant Love also adopts and joints in the Codefendants' motion for the alternative relief of leave to file a surreply, index of supplemental evidence and related evidence,

DATED this 2nd day of January, 2026.

CHUCK LOVE, JR., Defendant

1

BY: */s/Denise E. Frost*
Denise E. Frost, #18794
JOHNSON & MOCK, PC LLO
9900 Nicholas Street, # 225
Omaha, NE 68114-2249
(402) 346-8856
dfrost@johnsonandmock.com

**CERTIFICATE OF SERVICE**

I certify that on January 2, 2026 I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which sent notification of the filing to the following counsel of record:

Maren Lynn Chaloupka
mlc@chaloupkalaw.et

Bren H. Chambers
bchambers@nebaska.edu

Susan K. Sapp
ssapp@clinewilliams.com

Lily Amare
lamare@clinewilliams.com

*/s/ Denise E. Frost*