IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ASHLEY SCOGGIN,

Plaintiff,

vs.

BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and individuals AMY WILLIAMS, TREV ALBERTS, and CHUCK LOVE, JR., in their individual capacities,

Defendants.

Case No. 4:24-cv-3039

**NOTICE OF COTINUED DEPOSITION**

Please take notice that Plaintiff will continue the deposition of Defendant Trev Alberts at the Athletics Department of Texas A&M University, located at Kyle Field, 161 Wellborn Road, College Station, Texas, 77030, commencing at 8:00 a.m. (CST), on Thursday, the 19th day of February 2026. Said deposition will be taken before a notary public and certified court reporter who is not otherwise interested in this case and said deposition may be adjourned from time to time until completed.

ASHLEY SCOGGIN, Plaintiff,

By: */s/ Maren L. Chaloupka*
Maren Lynn Chaloupka, #20864
CHALOUPKA LAW LLC
1906 Broadway
P.O. Box 1724
Scottsbluff, NE 69363-1724
(308) 270-5091
mlc@chaloupkalaw.net

AND

Nathan T. Bruner, NSBA # 23629
BRUNER FRANK
5804 1st Avenue
P.O. Box 2230
Kearney, NE 68848-2230
(308) 455-1046
nbruner@nebraskalawfirm.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument has been sent via CM/ECF on this 26th day of January 2026, to the following:

Denise E. Frost
Johnson & Mock, PC LLO
9900 Nicholas Street, #225
Omaha, NE 68114
dfrost@johnsonandmock.com

Bren H. Chambers
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
bchambers@nebraska.edu

Susan K. Sapp
Lily Amare
Cline Williams Wright Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 South13th Street
Lincoln, NE 68508
ssapp@clinewilliams.com
lamare@clinewilliams.com

*/s/ Maren Lynn Chaloupka*