IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ASHLEY SCOGGIN,

               Plaintiff,

vs.

BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA, and
individuals AMY WILLIAMS, TREV
ALBERTS, and CHUCK LOVE, JR.,
in their individual capacities,

               Defendants.

Case No. 4:24-cv-3039

**NOTICE OF
30(B)(6) DEPOSITION**

Please take notice that the Plaintiff will take the deposition of Defendant Board of Regents of the University of Nebraska on Thursday, the 26th day of February 2026, upon oral examination at the instance and the request of the Plaintiff in this action, commencing at 9:00 a.m. (CST).

Defendant is to direct one or more officers, directors, agents or other persons who consent to testify on its behalf who is/are the person(s) most knowledgeable regarding Name, Image and Likeness opportunities for members of the Cornhusker women's basketball team in the years 2021 – 2024. This includes:

a. Identification of NIL sponsors for the years 2021-2024; and

b. The range of earnings by members of the Cornhusker women's basketball team in the years 2021-2024.

ASHLEY SCOGGIN, Plaintiff,


By: /s/ *Maren L. Chaloupka*
    Maren Lynn Chaloupka, #20864
    CHALOUPKA LAW LLC
    1906 Broadway
    P.O. Box 1724
    Scottsbluff, NE 69363-1724
    (308) 270-5091
    mlc@chaloupkalaw.net

    AND

    Nathan T. Bruner, # 23629
    BRUNER FRANK
    5804 1st Avenue
    P.O. Box 2230
    Kearney, NE 68848-2230
    (308) 455-1046
    nbruner@nebraskalawfirm.net


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument has been sent via CM/ECF on this 29th day of January 2026, to the following:

Denise E. Frost
Johnson & Mock, PC LLO
9900 Nicholas Street, #225
Omaha, NE 68114
dfrost@johnsonandmock.com

Bren H. Chambers
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
bchambers@nebraska.edu

Susan K. Sapp
Lily Amare
Cline Williams Wright Johnson &
Oldfather, L.L.P.
1900 U.S. Bank Building
233 South13th Street
Lincoln, NE 68508
ssapp@clinewilliams.com
lamare@clinewilliams.com


    /s/ *Maren Lynn Chaloupka*