IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ASHLEY SCOGGIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and individuals AMY WILLIAMS, TREV ALBERTS, and CHUCK LOVE, JR., in their individual capacities,<br><br>　　　　　Defendants. | **CASE NO. 4:24-CV-3039**<br><br>**NOTICE OF CONTINUED DEPOSITION OF ASHLEY SCOGGIN** |

To:   Ashley Scoggin, Plaintiff, by and through her attorney of record Maren Chaloupka, Chaloupka Law, LLC, 1906 Broadway, P.O. Box 1724, Scottsbluff, NE 69363, mlc@chaloupkalaw.net

　　　PLEASE TAKE NOTICE that counsel for Defendants University of Nebraska by and through its Board of Regents ("Board of Regents") and individuals Amy Williams and Trev Alberts, in their individual capacities, will take the continued deposition of Ashley Scoggin on Monday, February 16, 2026. The deposition will commence at 10:00 a.m., CST, and shall continue until complete. Such testimony shall be recorded by stenographic means and shall be preserved in a written transcript. The deposition will be recorded by a certified court reporter who is not otherwise interested in this matter and will be used for discovery and as evidence in the above-captioned matter. The deposition will convene utilizing video conferencing or Zoom.

　　　Dated this 12th day of February, 2026.

|     |     |
| --- | --- |
|     | BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and Individuals AMY WILLIAMS, TREV ALBERTS, Defendants |
| By: | /s/ Lily Amare<br>Susan K. Sapp, #19121<br>Lily Amare, #25735<br>Cline Williams Wright<br>  Johnson & Oldfather, L.L.P.<br>1900 U.S. Bank Building<br>233 South 13th Street<br>Lincoln, NE 68508<br>(402) 474-6900<br>ssapp@clinewilliams.com<br>lamare@clinewilliams.com |

AND

Bren H. Chambers, #23150
Vice President and General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
(402) 472-1201
bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

/s/ Lily Amare
Lily Amare

4923-6963-9567, v. 1