IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ASHLEY SCOGGIN,

Plaintiff,

v.

BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA, et al.,

Defendants.

Case No. 4:24-cv-3039

**NONPARTY DERRICK
PEARSON'S
MOTION TO QUASH
DEPOSITION SUBPOENA**

**COMES NOW,** Derrick Pearson, by and through his counsel, Thomas J. Horgan of Horgan Law LLC, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 45(d)(3) for an order quashing the testimony-only deposition subpoena served upon Derrick Pearson by Cline Williams Wright Johnson & Oldfather, L.L.P. In support of this Motion, Derrick Pearson states:

1. Derrick Pearson is not a party to the above-captioned litigation.

2. Cline Williams Wright Johnson & Oldfather, L.L.P., counsel for Defendants, served Derrick Pearson with a testimony-only deposition subpoena scheduling his deposition for March 19, 2026.

3. The subpoena subjects Derrick Pearson to undue burden because: (a) Susan Sapp of Cline Williams Wright Johnson & Oldfather, L.L.P. previously represented Derrick Pearson and Rebecca Pearson in a confidential matter, creating a successive-representation conflict under Nebraska Rule of Professional Conduct 3-501.9; (b) the information sought is available from party witnesses; and (c) the issuing firm has

1

refused to disclose the scope of the intended examination despite a request from undersigned counsel.

4. The subpoena requires Derrick Pearson to disclose privileged or other protected matter under Rule 45(d)(3)(A)(iii), because the deposition will be conducted by attorneys from the same firm that previously represented Derrick Pearson in a confidential matter, and no adequate screening or protective mechanism has been proposed.

### CERTIFICATION UNDER NECivR 7.1(j)

Undersigned counsel certifies that on March 13, 2026, counsel for Nonparty Derrick Pearson personally consulted by telephone with Susan Sapp and Rick Jeffries of Cline Williams Wright Johnson & Oldfather, L.L.P. in a sincere attempt to resolve the matters raised in this motion without court intervention. The parties were unable to reach an accord. The call took place on March 13, 2026, by telephone conference. Participants were Thomas J. Horgan, Susan Sapp, and Rick Jeffries. Cline Williams declined to withdraw the subpoena.

DERRICK PEARSON, Nonparty,

_____
Thomas E. Horgan, #26980
HORGAN LAW, LLC
13304 West Center Rd, Ste. 109
Omaha, Nebraska 68144
contact@horganlawfirm.com
Attorney for Nonparty Derrick
Pearson

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of electronic filing to all counsel of record.

_____