IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ASHLEY SCOGGIN,

Plaintiff,

v.

BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA, AMY
WILLIAMS, and TREV ALBERTS,

Defendants.

Case No. 4:24-cv-3039

**NONPARTY DERRICK
PEARSON'S
MOTION TO DISQUALIFY CLINE
WILLIAMS WRIGHT JOHNSON &
OLDFATHER, L.L.P.**

**COMES NOW,** Nonparty Derrick Pearson moves this Court to disqualify Cline Williams Wright Johnson & Oldfather, L.L.P. ("Cline Williams") from continued representation of Defendants in this action. Cline Williams attorney Susan Sapp personally represented Mr. Pearson in a confidential legal matter for which no action was filed while this litigation was active. That representation concluded on October 3, 2025. Ms. Sapp's personal conflict under Nebraska Rule of Professional Conduct 3-501.9 is direct and unambiguous. It is imputed to every lawyer at Cline Williams under Rule 3-501.10 and the irrebuttable presumption of shared confidences established by Nebraska's leading disqualification precedent. *State ex rel. Freezer Servs., Inc. v. Mullen*, 235 Neb. 981, 993, 458 N.W.2d 245 (1990). Disqualification is required.

A brief in support of this motion is filed simultaneously herewith.

1

DERRICK PEARSON, Nonparty,

_____
Thomas E. Horgan, #26980
HORGAN LAW, LLC
13304 West Center Rd, Ste. 109
Omaha, Nebraska 68144
contact@horganlawfirm.com
Attorney for Nonparty Derrick
Pearson

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2026, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system, which will send notification of

electronic filing to all counsel of record.

_____
Thomas E. Horgan, #26980

2