IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ASHLEY SCOGGIN,

Plaintiff,

v.

BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA, AMY
WILLIAMS, and TREV ALBERTS,

Defendants.

Case No. 4:24-cv-3039

**NONPARTY DERRICK
PEARSON'S
MOTION FOR PROTECTIVE
ORDER**

**COMES NOW,** Nonparty Derrick Pearson moves this Court pursuant to Federal Rules of Civil Procedure 26(c) and 45(d)(3) for entry of a protective order governing the scope and conduct of any deposition of Mr. Pearson in this matter. As set forth in Mr. Pearson's Motion to Quash filed contemporaneously herewith, the Amended Subpoena issued by Cline Williams Wright Johnson & Oldfather, L.L.P. ("Cline Williams") violates Nebraska Rule of Professional Conduct 3-501.9 because Cline Williams previously represented Mr. Pearson in a confidential legal matter for which no action was filed. Quashal is the primary relief sought. In the alternative, if the Court determines that the deposition may proceed, Mr. Pearson requests entry of a protective order that: (1) defines the permissible scope of examination with specificity; (2) prohibits examination on any subject bearing on the prior representation; (3) requires that questioning counsel have had no involvement in the prior representation of Mr. Pearson; and (4) provides a mechanism for real-time enforcement.

A brief in support of this motion is filed simultaneously herewith.

1

## CERTIFICATION UNDER NECivR 7.1(j)

Undersigned counsel certifies that on March 13, 2026, counsel for Nonparty Derrick Pearson personally consulted by telephone with Susan Sapp and Rick Jeffries of Cline Williams Wright Johnson & Oldfather, L.L.P. in a sincere attempt to resolve the matters raised in this motion without court intervention. The parties were unable to reach an accord. The call took place on March 13, 2026, by telephone conference. Participants were Tom Horgan, Susan Sapp, and Rick Jeffries. Cline Williams declined to withdraw the subpoena.

DERRICK PEARSON, Nonparty,

_____
Thomas E. Horgan, #26980
HORGAN LAW, LLC
13304 West Center Rd, Ste. 109
Omaha, Nebraska 68144
contact@horganlawfirm.com
Attorney for Nonparty Derrick
Pearson

## CERTIFICATE OF SERVICE

2

I hereby certify that on March 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

_____