IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ASHLEY SCOGGIN,

                        Plaintiff,

v.

BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA, AMY
WILLIAMS, and TREV ALBERTS,

                        Defendants.

Case No. 4:24-cv-3039

**NONPARTY DERRICK
PEARSON'S
MOTION FOR SANCTIONS**

**COMES NOW,** Nonparty Derrick Pearson moves for sanctions against Defendants and their counsel, Cline Williams Wright Johnson & Oldfather, L.L.P. ("Cline Williams"), pursuant to Federal Rule of Civil Procedure 45(d)(1), 28 U.S.C. § 1927, and this Court's inherent authority. Cline Williams attorney Susan Sapp personally represented both Derrick Pearson and his wife, Rebecca Pearson, in a confidential legal matter for which no action was filed while this litigation was active, concluding that representation on October 3, 2025. The record of Cline Williams' knowing violation of its obligations to a former client is now complete and documented. Mr. Pearson has been compelled to retain counsel and brief multiple motions to protect rights that are not ambiguous. He is entitled to his fees and costs.

A brief in support of this motion is filed simultaneously herewith.

1

DERRICK PEARSON, Nonparty,

_____
Thomas E. Horgan, #26980
HORGAN LAW, LLC
13304 West Center Rd, Ste. 109
Omaha, Nebraska 68144
contact@horganlawfirm.com
Attorney for Nonparty Derrick
Pearson

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2026, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system, which will send notification of

electronic filing to all counsel of record.

_____
Thomas E. Horgan, #26980

2