IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

|  |  |
|---|---|
| ASHLEY SCOGGIN,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, AMY WILLIAMS, and TREV ALBERTS,<br><br>Defendants. | Case No. 4:24-cv-3039<br><br>**THIRD-PARTY MOVANT DERRICK PEARSON'S RESPONSE TO ORDER TO SHOW CAUSE** |

**COMES NOW,** Third-Party Movant Derrick Pearson ("Pearson"), by and through counsel, respectfully submits this Response to the Court's March 24, 2026 Order to Show Cause regarding whether Filing Nos. 134-138 should remain sealed as to all parties or instead be restricted to case participants and the Court.

Good cause exists for maintaining protection over the filings at issue. The materials directly implicate confidential information arising from prior legal representation of Pearson and reference the nature of that representation. Disclosure of such information, particularly on the public docket, risks revealing privileged and confidential subject matter and undermining the very protections the attorney-client privilege is designed to safeguard.

Pearson's decision to file these materials under seal was driven by two practical considerations: (1) the sensitive nature of the information involved, and (2) the expedited posture of the filings in advance of a pending deposition. Under those circumstances, sealing was the most effective means of preventing inadvertent public disclosure through PACER. Pearson did not seek to gain any strategic advantage or to withhold information from counsel of record.

Pearson acknowledges the Court's concern that full sealing limits access by the parties. To address that concern, Pearson does not oppose modifying the level of restriction so that the filings are accessible to case participants and the Court, while remaining protected from public disclosure. This approach preserves the confidentiality and privilege interests at stake while ensuring that all parties can meaningfully evaluate the issues presented.

To date, Pearson has provided the sealed filings to counsel for Plaintiff and to counsel for Defendants Board of Regents of the University of Nebraska, Amy Williams, and Trev Alberts. Pearson has also advised all counsel of record that copies are available upon request.

Accordingly, Pearson respectfully submits that the initial sealing was appropriate under the circumstances and made in good faith to protect sensitive and privileged information. Pearson requests that the Court maintain appropriate protections over Filing Nos. 134-138, whether by continued sealing or by restricting access to case participants and the Court.

Pearson respectfully requests that the Court find good cause for the original sealing under the circumstances and permit the filings to remain protected in a manner consistent with the Court's preferred level of access.

DERRICK PEARSON, Nonparty,

_____
Thomas E. Horgan, #26980
Grace M. Wiseman, #28237
James W. Healey, #28450
HORGAN LAW, LLC
13304 West Center Rd, Ste. 109
Omaha, Nebraska 68144
contact@horganlawfirm.com
Attorneys for Derrick Pearson

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 25, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of electronic filing to all counsel of record.

_____

Thomas E. Horgan, #26980