IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ASHLEY SCOGGIN, | ) | Case No. 4:24-CV-3039 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANTS' NOTICE OF ADOPTION** |
| v. | ) | **OF BRIEF, INDEX OF EVIDENCE, AND** |
| | ) | **EVIDENTIARY MATERIALS IN** |
| BOARD OF REGENTS OF THE | ) | **OPPOSITION TO NONPARTY DERRICK** |
| UNIVERSITY OF NEBRASKA, and | ) | **PEARSON'S MOTIONS TO QUASH** |
| Individuals AMY WILLIAMS, TREV | ) | **DEPOSITION SUBPOENA, TO** |
| ALBERTS, and CHUCK LOVE, JR., In their | ) | **DISQUALIFY CLINE WILLIAMS WRIGHT** |
| individual capacities, | ) | **JOHSNON & OLDFATHER, L.L.P., FOR** |
| | ) | **PROTECTIVE ORDER, AND FOR** |
| Defendants. | ) | **SANCTIONS** |

COME NOW Defendants Board of Regents of the University of Nebraska ("BRUN"), Amy Williams ("Williams") and Trev Alberts ("Alberts") (collectively "Defendants"), by and through their counsel of record, hereby adopt and incorporate by reference the Brief (Doc 157), Index of Evidence (Doc. 155), and the evidentiary materials (Doc. 155-1 – 155-8) filed by Cline Williams Wright Johnson and Oldfather, L.L.P. ("Cline Williams") in this matter in opposition to Nonparty Derrick Pearson's Motions to Quash Deposition Subpoena, to Disqualify Cline Williams, for Protective Order and for Sanctions ("Motions"). In support of this Notice, Defendants state as follows:

1.      The Brief, Index of Evidence and supporting evidence filed by Cline Williams address the issues raised in the Motions.

2.      The issues raised in the Motions pertain directly to the Defendants, as the Motions arise from a deposition subpoena issued on their behalf in a matter pending against them.

3.      The Motions further seek relief concerning matters and issues that directly affect the Defendants and, if granted, would prejudice their ability to defend against the claims asserted in this action.

4.      Accordingly, Defendants expressly adopt and incorporate the Brief, Index of Evidence, and supporting materials filed by Cline Williams as if fully set forth herein, and rely upon the same arguments, authorities, and evidentiary materials in opposition to the Motions.

WHEREFORE, Defendants respectfully request that the Court consider the Brief, Index of Evidence, and Evidence filed by Cline Williams as fully adopted herein in opposition to the Motions and deny the Motions in their entirety.

DATED this 31st day of March, 2026.

BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA, AMY
WILLIAMS and TREV ALBERTS, in their
individual capacities, Defendants

By:     /s/ Lily Amare
        Susan K. Sapp #19121
        Lily Amare #25735
        Cline Williams Wright
          Johnson & Oldfather, L.L.P.
        1900 U.S. Bank Building
        233 South13th Street
        Lincoln, NE 68508
        (402) 474-6900
        ssapp@clinewilliams.com
        lamare@clinewilliams.com

                AND

        Bren H. Chambers #23150
        Vice President and General Counsel
        University of Nebraska
        3835 Holdrege Street
        Lincoln, NE 68583-0745
        (402) 472-1201
        bchambers@nebraska.edu

3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

/s/ Lily Amare
Lily Amare