IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ASHLEY SCOGGIN,<br><br>       Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE<br>UNIVERSITY OF NEBRASKA, and<br>individuals AMY WILLIAMS, TREV<br>ALBERTS, and CHUCK LOVE, JR.,<br>in their individual capacities,<br><br>       Defendants. | Case No. 4:24-cv-3039<br><br><br><br>**PLAINTIFF'S<br>MOTION TO RESTRICT ACCESS** |

Ashley Scoggin, by and through her counsel of record, following the lead of the other parties

to the present dispute and this Court (in restricting access as requested by non-party witness

Derrick Pearson and Cline Williams Wright Johnson & Oldfather, L.L.P.), moves the Court for an

order restricting access to her Response to Motions of Derrick Pearson and BRUN's Opposition

Thereto.[1]

At this time, Plaintiff takes no position on whether the underlying Doc. 134 is entitled to

restricted access. However, Plaintiff's Response refers to two documents whose access this Court

has already restricted. In the interest of not running afoul of those restrictions, Plaintiff asks for

this Court's leave to file her Response with access restricted, at least at this time, to the parties.

---

[1] Plaintiff will also be filing an Evidence Index in Response to Motions of Derrick Pearson and BRUN's Opposition
Thereto; however, the evidence included therein does not reference the previously-restricted documents.

ASHLEY SCOGGIN, Plaintiff,

By: /s/ *Maren Lynn Chaloupka*
Maren Lynn Chaloupka – NSBA # 20864
Chaloupka Law LLC
1906 Broadway
P.O. Box 1724
Scottsbluff, NE   69363-1724
(308) 270-5091
mlc@chaloupkalaw.net

-AND-

Nathan J. Bruner – NSBA # 23629
Bruner Frank Schumacher
5804 1st Avenue
P.O. Box 2230
Kearney, NE   68847
(308) 455-1046
nbruner@nebraskalawfirm.net

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been sent via CM/ECF on the 31st day of March 2026, to the following:

Denise E. Frost
Johnson & Mock, PC LLO
9900 Nicholas Street, #225
Omaha, NE   68114
dfrost@johnsonandmock.com

Susan K. Sapp
Lily Amare
Richard P. Jeffries
Cline Williams Wright Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 South13th Street
Lincoln, NE 68508
ssapp@clinewilliams.com
lamare@clinewilliams.com
rickjeffries@clinewilliams.com

Thomas E. Horgan
Grace M. Wiseman
James W. Healey
Horgan Law LLC
13304 West Center Rd, Ste. 109
Omaha, NE   68144
grace@horganlawfirm.com
contact@horganlawfirm.com

Bren H. Chambers
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE   68583-0745
bchambers@nebraska.edu

   */s/ Maren Lynn Chaloupka*