**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

|  |  |
|---|---|
| **ASHLEY SCOGGIN,** | ) Case No. 4:24-cv-3039 |
| **Plaintiff,** | ) |
| **vs.** | ) |
| **BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and individuals AMY WILLIAMS, TREV ALBERTS, and CHUCK LOVE, JR., in their individual capacities,** | ) |
| **Defendants.** | ) |

_____

**DEPOSITION OF CHARLES LOVE JR.**

_____

DATE:                   Wednesday, February 4, 2026

WITNESS LOCATION: Cline, Williams, Wright,
                        Johnson & Oldfather
                        233 South 13th Street
                        Suite 1900
                        Lincoln, Nebraska  68508
                        (402) 474-6900

TIME COMMENCED:    8:55 a.m.

TIME CONCLUDED:    4:22 p.m.

EXHIBIT
A

REPORTED BY:       Marcy Benge, RMR, CRR, CRC
                        Nebraska Notary Public

A.   I can't say I've talked to Lex.

Q.   How about Nicole Seekamp, S-E-E-K-A-M-P?

A.   I don't remember.  Yeah.  I don't remember.

Q.   Have you been in contact with Coach Amy at all in any way since you left Nebraska?

A.   No.  I know -- no.

Q.   I noticed earlier you indicated you'd been to this place, Cline Williams law firm, before.  When were you here before?

MS. FROST:  Excuse me.  Objection. Attorney-client privilege.

Q.   (By Ms. Chaloupka)  You've been here before, though?

A.   I met with my --

MS. FROST:  Excuse me.  I want to interject on attorney-client privilege and work product.  I'm going to instruct you not to answer.

MS. CHALOUPKA:  Whether he's been to this law firm before is not covered in attorney-client privilege.  I'm just asking if he has been to this law firm before.

MS. FROST:  I'm still going to assert the same objection and instruct him to not answer.

MS. CHALOUPKA:  It's not even your law firm, Denise.

MS. FROST:  I know that, but he is my client.

MS. CHALOUPKA:  Well, I can assert attorney-client privilege whenever you ask a question of Ashley all day tomorrow, and I'm not going to do that unless you ask something that I think is actually going into attorney-client privilege. Whether he's been to a business before, a law firm that does not represent him, is not asking about communications or confidences.

MS. FROST:  It's work product.  It's attorney-client privilege.  I'm going to instruct you to not answer any questions with respect to this.

Q.   (By Ms. Chaloupka)  So for a coach who's working with young people, why is it important to familiarize themselves with social media?

A.   With college athletes?

Q.   Sure.

A.   I believe that social media is a billboard of -- of who people are.  Like, what they're doing. It's a way to get to know someone.

Q.   For a lot of young people, it's how they communicate; right?

A.   On social media?

Q.   Correct.