1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

ASHLEY SCOGGIN,                   )   CASE NO.
                                  )   4:24-cv-3039
            Plaintiff,            )
                                  )   REMOTE/ZOOM
       vs.                        )   DEPOSITION OF
                                  )   CRAIG SCOGGIN
BOARD OF REGENTS OF THE           )
UNIVERSITY OF NEBRASKA,           )   TAKEN ON BEHALF
and individuals AMY               )   OF DEFENDANTS
WILLIAMS, TREV ALBERTS,           )
and CHUCK LOVE, JR., in           )
their individual                  )
capacities,                       )
                                  )
            Defendants.           )

REMOTE DEPOSITION OF CRAIG SCOGGIN,

taken before Megan L. Baldonado-Bellamy,

Registered Professional Reporter, General

Notary Public within and for the State of

Nebraska, beginning at 2:38 p.m., on

February 26, 2026, via Zoom, pursuant to the

Nebraska Supreme Court Rules, and the within

stipulations.

**EXHIBIT**

**B**

Megan L. Baldonado-Bellamy, Stenographer
(402) 990-4308      Cozad, NE 69130

41

MR. BRUNER:  Object as to foundation.

BY MS. SAPP:

Q.  Just do you know, sir?

A.  Speak specifically as to time.  When?

Q.  Looks like after the Penn State game but before they got home.

A.  Well, Ashley and her mom were talking and communicating.

Q.  Was your wife sharing information as it was being texted from Ashley?

A.  Yes, to me.

Q.  By that point in time when the text/telephone call was going on, did you know what the allegations were as far as being in the hotel room, under the bed, under the covers, videotaped, all that?

A.  Did know that.  Yes, did know that.

Q.  Did you talk to anybody else after those two initial phone calls with Ashley and then the call that Chuck Love happened to by and said, no, we didn't do anything.  Did you have any other conversations that night?

A.  Yes.

Q.  With whom?

42

A.   Derrick Peterson -- Pearson.   DP.   We know him as DP.

Q.   Sure.

A.   Called him and asked for advice, just saying, what do you think about this?  Just to bounce it off of someone.  We didn't know anybody back there, you know, that was outside the basketball staff.  Knew nobody, you know.

So we called him and just said, we wanted to bounce this off of somebody.  What do you think?  You know, what's happening?  You know, what -- so -- to get some feedback.

Q.   What did you tell him had happened?

A.   Just exactly what we knew.

Q.   Okay.  Summarize that for me, at least what you knew.

A.   What we just talked about, that's what we knew.

Q.   What did he say?

A.   He said it shouldn't be handled that way, but -- you know, that shouldn't be how it's handled.  And I think we all understood that.  But it validated in our mind that, yeah, it shouldn't be handled that way.

Q.   Did he give you any advice?

43

A.   No advice at that point.

Q.   Did you talk to him subsequently where he did give advice?

A.   Yes.

Q.   And when was that?

A.   Couple days later, once this all came out, more and more information.  Once Ashley got kicked off the team, we talked to him, and he mentioned that if it were his daughter, he'd be on the first plane to Nebraska, and we did.  That's exactly what we did.  We were thinking the same thing but we just, you know....

Q.   And what was your goal to do when you got to Nebraska?

A.   Figure out a solution.

Q.   I take it you had not had the meeting with Trev Alberts when you talked to DP and he said what he would do if it was his daughter?

A.   We -- I -- timeframe, can't be exact, but there was a point where we did get Trev's e-mail and Krissy reached out to him.  And he did -- and gave our phone numbers.  He did call us back.  Said he was out of town with -- I think at his daughter -- was playing volleyball, one of his daughters or both, so he