IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ASHLEY SCOGGIN,

                                    Plaintiff,

v.

BOARD OF REGENTS OF THE
UNIVERSITY
OF NEBRASKA, AMY WILLIAMS,
and TREV
ALBERTS,

                                    Defendants.

Case No. 4:24-cv-3039

**MOTION FOR EXTENSION OF
TIME TO FILE REPLY**

**COMES NOW,** Nonparty DERRICK PEARSON, by and through his attorneys of record, Thomas E. Horgan and the law firm of HORGAN LAW, LLC, pursuant to NECivR 6.1 and Fed. R. Civ. P. 6(b), and hereby moves the Court for an Order granting a seven (7) day extension of time, up to and including April 14, 2026, to file replies in support of his Motion to Quash, Motion to Disqualify, Motion for Protective Order, and Motion for Sanctions. In support of his Motion for Enlargement of Time to File Reply, Nonparty Pearson states as follows:

1.    On or about March 17, 2026, Nonparty Pearson filed a Motion to Seal and contemporaneously filed under seal briefs in support of his Motion to Quash (Doc. 135), Motion to Disqualify (Doc. 136), Motion for Protective Order (Doc. 137), and Motion for Sanctions (Doc. 138).

2.    On or about March 20, 2026, Counsel for Nonparty Pearson served the sealed documents upon Counsel for Defendant.

3.    On or about March 23, 2026, Counsel for Nonparty Pearson served the sealed documents upon Counsel for Plaintiff.

4.    On or about March 25, 2026, the Court modified the status of the previously sealed documents to "Restricted."

1

5.     On or about March 31, 2026, Plaintiff and Defendant filed briefs in response to Nonparty Pearson's motions, including responses to the Motion to Quash, Motion to Disqualify, Motion for Protective Order, and Motion for Sanctions, each of which raises substantive issues and will require a reply.

6.     Given the substance of the responsive briefs, Nonparty Pearson requires additional time to adequately review the filings and prepare thorough replies.

7.     Nonparty Pearson's counsel has been diligently reviewing the filings and working to prepare replies, but has not had a sufficient opportunity to fully address all issues within the current deadline.

8.     Good cause therefore exists for an extension of time under NECivR 6.1 and Fed. R. Civ. P. 6(b) because Nonparty Pearson must prepare replies addressing multiple substantive arguments in the briefs filed across four separate motions within a limited timeframe. A brief extension is necessary to ensure that the issues are fully and fairly presented to the Court.

9.     Pursuant to Fed. R. Civ. P. 6(b)(1)(A), this request for extension is made before the original time or any applicable extension has expired.

10.    This request is made in good faith and not for purposes of delay.

11.    Granting this motion will ensure full and efficient consideration of the issues raised in Nonparty Pearson's motions without prejudicing any party.

12.    No Party will be prejudiced by the requested extension.

13.    The current deadline to file replies is April 7, 2026. Nonparty Pearson respectfully requests an extension of seven (7) days, up to and including April 14, 2026.

**WHEREFORE,** Nonparty Pearson respectfully requests that the Court grant this Motion and extend the deadline to April 14, 2026, and for such other and further relief as the Court deems just and equitable.

2

DERRICK PEARSON, Nonparty


/s/ James W. Healey
James W. Healey, #28450
Thomas E. Horgan, #26980
Grace M. Wiseman, #28237
HORGAN LAW, LLC
13304 West Center Rd, Ste. 109
Omaha, Nebraska 68144
contact@horganlawfirm.com
Attorneys for Nonparty Derrick
Pearson


## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


/s/ James W. Healey