IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ASHLEY SCOGGIN, | Case No. 4:24-cv-3039 |
| Plaintiff, | |
| vs. | **NOTICE OF** |
| | **30(B)(6) DEPOSITION** |
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and individuals AMY WILLIAMS, TREV ALBERTS, and CHUCK LOVE, JR., in their individual capacities, | |
| Defendants. | |

Please take notice that the Plaintiff will take the deposition of Defendant Board of Regents of the University of Nebraska on Thursday, the 26th day of February 2026, upon oral examination at the instance and the request of the Plaintiff in this action, commencing at 9:00 a.m. (CST).

Defendant is to direct one or more officers, directors, agents or other persons who consent to testify on its behalf who is/are the person(s) most knowledgeable regarding Name, Image and Likeness opportunities for members of the Cornhusker women's basketball team in the years 2021 – 2024. This includes:

a. Identification of NIL sponsors for the years 2021-2024; and

b. The range of earnings by members of the Cornhusker women's basketball team in the years 2021-2024.

ASHLEY SCOGGIN, Plaintiff,


By: /s/ Maren L. Chaloupka
    Maren Lynn Chaloupka, #20864
    CHALOUPKA LAW LLC
    1906 Broadway
    P.O. Box 1724
    Scottsbluff, NE 69363-1724
    (308) 270-5091
    mlc@chaloupkalaw.net

    AND

    Nathan T. Bruner, # 23629
    BRUNER FRANK
    5804 1st Avenue
    P.O. Box 2230
    Kearney, NE 68848-2230
    (308) 455-1046
    nbruner@nebraskalawfirm.net


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument has been sent via CM/ECF on this 29th day of January 2026, to the following:

Denise E. Frost
Johnson & Mock, PC LLO
9900 Nicholas Street, #225
Omaha, NE 68114
dfrost@johnsonandmock.com

Bren H. Chambers
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
bchambers@nebraska.edu

Susan K. Sapp
Lily Amare
Cline Williams Wright Johnson &
Oldfather, L.L.P.
1900 U.S. Bank Building
233 South13th Street
Lincoln, NE 68508
ssapp@clinewilliams.com
lamare@clinewilliams.com


    /s/ Maren Lynn Chaloupka

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ASHLEY SCOGGIN,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and individuals AMY WILLIAMS, TREV ALBERTS, and CHUCK LOVE, JR., in their individual capacities,<br><br>Defendants. | Case No. 4:24-cv-3039<br><br><br>NOTICE OF<br>30(B)(6) DEPOSITION |

Please take notice that the Plaintiff will take the deposition of Defendant Board of Regents of the University of Nebraska on Thursday, the 26th day of February 2026, upon oral examination at the instance and the request of the Plaintiff in this action, commencing at 11:00 a.m. (CST).

Defendant is to direct one or more officers, directors, agents or other persons who consent to testify on its behalf who is/are the person(s) most knowledgeable in the drafting, editing, discussion and board approval of BRUN Policy 3.3.15 - "Consensual Relationships Policy."

ASHLEY SCOGGIN, Plaintiff,


By: _/s/ Maren L. Chaloupka_
Maren Lynn Chaloupka, #20864
CHALOUPKA LAW LLC
1906 Broadway
P.O. Box 1724
Scottsbluff, NE  69363-1724
(308) 270-5091
mlc@chaloupkalaw.net

AND

Nathan T. Bruner, # 23629
BRUNER FRANK
5804 1st Avenue
P.O. Box 2230
Kearney, NE 68848-2230
(308) 455-1046
nbruner@nebraskalawfirm.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument

has been sent via CM/ECF on this 29th day of January 2026, to the following:

Denise E. Frost
Johnson & Mock, PC LLO
9900 Nicholas Street, #225
Omaha, NE 68114
dfrost@johnsonandmock.com

Bren H. Chambers
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
bchambers@nebraska.edu

Susan K. Sapp
Lily Amare
Cline Williams Wright Johnson &
Oldfather, L.L.P.
1900 U.S. Bank Building
233 South13th Street
Lincoln, NE 68508
ssapp@clinewilliams.com
lamare@clinewilliams.com

  /s/ Maren Lynn Chaloupka

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ASHLEY SCOGGIN,

Plaintiff,

vs.

BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA, and
individuals AMY WILLIAMS, TREV
ALBERTS, and CHUCK LOVE, JR.,
in their individual capacities,

Defendants.

Case No. 4:24-cv-3039

NOTICE OF
30(B)(6) DEPOSITION

Please take notice that the Plaintiff will take the deposition of Defendant Board of Regents of the University of Nebraska on Thursday, the 26th day of February 2026, upon oral examination at the instance and the request of the Plaintiff in this action, commencing at 1:30 p.m. (CST).

Defendant is to direct one or more officers, directors, agents or other persons who consent to testify on its behalf who is/are the person(s) most knowledgeable in the process for investigation, adjudication and disposition of reports of violations of any provision of "Disciplinary Action for Cause," found within Appendix C, University of Nebraska-Lincoln Department of Intercollegiate Athletics Policy on Standards of Professional Performance for Athletic Staff and Rules of Procedure for Disciplinary Action, for the years 2015-2025.

ASHLEY SCOGGIN, Plaintiff,

By:  /s/ Maren L. Chaloupka
      Maren Lynn Chaloupka, #20864
      CHALOUPKA LAW LLC
      1906 Broadway
      P.O. Box 1724
      Scottsbluff, NE  69363-1724
      (308) 270-5091
      mlc@chaloupkalaw.net

      AND

      Nathan T. Bruner, # 23629
      BRUNER FRANK
      5804 1st Avenue
      P.O. Box 2230
      Kearney, NE 68848-2230
      (308) 455-1046
      nbruner@nebraskalawfirm.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument has been sent via CM/ECF on this 29th day of January 2026, to the following:

Denise E. Frost
Johnson & Mock, PC LLO
9900 Nicholas Street, #225
Omaha, NE  68114
dfrost@johnsonandmock.com

Bren H. Chambers
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE  68583-0745
bchambers@nebraska.edu

Susan K. Sapp
Lily Amare
Cline Williams Wright Johnson &
Oldfather, L.L.P.
1900 U.S. Bank Building
233 South13th Street
Lincoln, NE 68508
ssapp@clinewilliams.com
lamare@clinewilliams.com

      /s/ Maren Lynn Chaloupka

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ASHLEY SCOGGIN,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and individuals AMY WILLIAMS, TREV ALBERTS, and CHUCK LOVE, JR., in their individual capacities,<br><br>Defendants. | Case No. 4:24-cv-3039<br><br>**NOTICE OF 30(B)(6) DEPOSITION** |

Please take notice that the Plaintiff will take the deposition of Defendant Board of Regents of the University of Nebraska on Friday, the 27th day of February 2026, upon oral examination at the instance and the request of the Plaintiff in this action, commencing at 9:00 a.m. (CST).

Defendant is to direct one or more officers, directors, agents or other persons who consent to testify on its behalf who is/are the person(s) most knowledgeable in reports received of violations of any provision of "Disciplinary Action for Cause," found within Appendix C, University of Nebraska-Lincoln Department of Intercollegiate Athletics Policy on Standards of Professional Performance for Athletic Staff and Rules of Procedure for Disciplinary Action, for the years 2015-2025.

ASHLEY SCOGGIN, Plaintiff,


By: /s/ Maren L. Chaloupka
    Maren Lynn Chaloupka, #20864
    CHALOUPKA LAW LLC
    1906 Broadway
    P.O. Box 1724
    Scottsbluff, NE 69363-1724
    (308) 270-5091
    mlc@chaloupkalaw.net

    AND

    Nathan T. Bruner, # 23629
    BRUNER FRANK
    5804 1st Avenue
    P.O. Box 2230
    Kearney, NE 68848-2230
    (308) 455-1046
    nbruner@nebraskalawfirm.net


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument has been sent via CM/ECF on this 29th day of January 2026, to the following:

Denise E. Frost
Johnson & Mock, PC LLO
9900 Nicholas Street, #225
Omaha, NE 68114
dfrost@johnsonandmock.com

Bren H. Chambers
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
bchambers@nebraska.edu

Susan K. Sapp
Lily Amare
Cline Williams Wright Johnson &
Oldfather, L.L.P.
1900 U.S. Bank Building
233 South13th Street
Lincoln, NE 68508
ssapp@clinewilliams.com
lamare@clinewilliams.com


    /s/ Maren Lynn Chaloupka

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ASHLEY SCOGGIN,

               Plaintiff,

vs.

BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA, and
individuals AMY WILLIAMS, TREV
ALBERTS, and CHUCK LOVE, JR.,
in their individual capacities,

               Defendants.

Case No. 4:24-cv-3039

NOTICE OF
30(B)(6) DEPOSITION

Please take notice that the Plaintiff will take the deposition of Defendant Board of Regents of the University of Nebraska on Friday, the 27th day of February 2026, upon oral examination at the instance and the request of the Plaintiff in this action, commencing at 11:30 a.m. (CST).

Defendant is to direct one or more officers, directors, agents or other persons who consent to testify on its behalf who is/are the person(s), for the years 2015-2025, the person most knowledgeable in reports received of employees of the University of Nebraska-Lincoln Department of Intercollegiate Athletics engaging in any of the following:

a. Sexual or "romantic" contact with any student-athlete;

b. Any conduct toward a student-athlete reported based on concerns that such conduct was in any other manner inappropriate; and

c. Any of the conduct defined in BRUN Policy 2.1.8(c) toward any person, regardless of whether a Title IX complaint was actually filed.

ASHLEY SCOGGIN, Plaintiff,


By: _/s/ Maren L. Chaloupka_____
    Maren Lynn Chaloupka, #20864
    CHALOUPKA LAW LLC
    1906 Broadway
    P.O. Box 1724
    Scottsbluff, NE  69363-1724
    (308) 270-5091
    mlc@chaloupkalaw.net

    AND

    Nathan T. Bruner, # 23629
    BRUNER FRANK
    5804 1st Avenue
    P.O. Box 2230
    Kearney, NE 68848-2230
    (308) 455-1046
    nbruner@nebraskalawfirm.net


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument has been sent via CM/ECF on this 29th day of January 2026, to the following:

Denise E. Frost
Johnson & Mock, PC LLO
9900 Nicholas Street, #225
Omaha, NE  68114
dfrost@johnsonandmock.com

Bren H. Chambers
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE  68583-0745
bchambers@nebraska.edu

Susan K. Sapp
Lily Amare
Cline Williams Wright Johnson &
Oldfather, L.L.P.
1900 U.S. Bank Building
233 South13th Street
Lincoln, NE 68508
ssapp@clinewilliams.com
lamare@clinewilliams.com


    /s/ Maren Lynn Chaloupka_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ASHLEY SCOGGIN,<br><br>     Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE<br>UNIVERSITY OF NEBRASKA, and<br>individuals AMY WILLIAMS, TREV<br>ALBERTS, and CHUCK LOVE, JR.,<br>in their individual capacities,<br><br>     Defendants. | Case No. 4:24-cv-3039<br><br><br>NOTICE OF<br>30(B)(6) DEPOSITION |

Please take notice that the Plaintiff will take the deposition of Defendant Board of Regents of the University of Nebraska on Friday, the 27th day of February 2026, upon oral examination at the instance and the request of the Plaintiff in this action, commencing at 2:00 p.m. (CST).

Defendant is to direct one or more officers, directors, agents or other persons who consent to testify on its behalf who is/are the person(s), for the years 2015-2025, the person most knowledgeable in the process and procedures of ad hoc, quasi-judicial hearings for student-athletes, as adjudicated by teammates and coaches of their team.

ASHLEY SCOGGIN, Plaintiff,


By: _/s/ Maren L. Chaloupka_
  Maren Lynn Chaloupka, #20864
  CHALOUPKA LAW LLC
  1906 Broadway
  P.O. Box 1724
  Scottsbluff, NE  69363-1724
  (308) 270-5091
  mlc@chaloupkalaw.net

AND

Nathan T. Bruner, # 23629
BRUNER FRANK
5804 1st Avenue
P.O. Box 2230
Kearney, NE 68848-2230
(308) 455-1046
nbruner@nebraskalawfirm.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument

has been sent via CM/ECF on this 29th day of January 2026, to the following:

Denise E. Frost
Johnson & Mock, PC LLO
9900 Nicholas Street, #225
Omaha, NE  68114
dfrost@johnsonandmock.com

Bren H. Chambers
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE  68583-0745
bchambers@nebraska.edu

Susan K. Sapp
Lily Amare
Cline Williams Wright Johnson &
Oldfather, L.L.P.
1900 U.S. Bank Building
233 South13th Street
Lincoln, NE 68508
ssapp@clinewilliams.com
lamare@clinewilliams.com

_/s/ Maren Lynn Chaloupka_