IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ASHLEY SCOGGIN, | ) | Case No. 4:24-CV-3039 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MOTION FOR AN ORDER PERMITTING** |
| | ) | **AND ORDERING TESTIMONY** |
| BOARD OF REGENTS OF THE | ) | **REGARDING TOPIC IDENTIFIED IN** |
| UNIVERSITY OF NEBRASKA, and | ) | **DOC. NO. 114 AND ENTRY OF** |
| Individuals AMY WILLIAMS, TREV | ) | **PROTECTIVE ORDER** |
| ALBERTS, and CHUCK LOVE, JR., In their | ) | |
| individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |

COME NOW Defendants Board of Regents of the University of Nebraska ("BRUN"), Amy Williams ("Williams") and Trev Alberts ("Alberts") (collectively "Defendants"), and respectfully request this Court enter an order requiring and permitting limited testimony regarding the subject matter identified herein and a protective order. In support, Defendants state the following:

1.      Following the Court's teleconference on April 22, 2026, and consistent with the Court's findings and order regarding testimony on the 30(b)(6) deposition topic identified in Doc. No. 114 (which the Plaintiff is expected to consolidate with other topics into a single future filing), testimony will be provided and limited to the topic of name, image and likeness ("NIL") sponsors of University of Nebraska-Lincoln's women's basketball team in the years 2021-2024 and the general range of NIL earnings by members of the University of Nebraska-Lincoln's women's basketball team in the years 2021-2024.  Any testimony regarding NIL earnings will be provided in a de-identified, aggregated manner and will not associate any range of earnings with specific student-athletes.

2.      NEB. REV. STAT. 48-3604(1) prohibits post-secondary institutions from disclosing information that includes or reveals any term of a contract or agreement, or proposed contract or agreement, relating to a student-athlete's NIL rights or athletic reputation.

3.      Consistent with that statute and the Court's directives at the April 22, 2026 teleconference, Defendants seek leave and request that the Court enter an order confirming its findings at the April 22, 2026 conference compelling Defendant to provide testimony through a designated representative limited to the identification of NIL sponsors of and the general range of NIL earnings of members of the University of Nebraska-Lincoln women's basketball team for the years 2021, 2022, 2023, and 2024.

4.      As directed by the Court, such testimony will be subject to appropriate protective order. Defendants are submitting hereto a protective order governing the use and disclosure of such information.

WHEREFORE, Defendants respectfully request that this Court enter an Order permitting testimony through a designated representative limited to the identification of NIL sponsors of and the general range of NIL earnings of members of the University of Nebraska-Lincoln women's basketball team for the years 2021, 2022, 2023, and 2024, and that this Court enter Defendant's proposed Protective Order.

DATED this 4th day of May, 2026.

<div style="margin-left:50%">

BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA, AMY
WILLIAMS and TREV ALBERTS, in their
individual capacities, Defendants

By:    /s/Lily Amare
       Susan K. Sapp #19121
       Lily Amare #25735
       Cline Williams Wright
        Johnson & Oldfather, L.L.P.
       1900 U.S. Bank Building
       233 South 13th Street
       Lincoln, NE 68508
       (402) 474-6900
       ssapp@clinewilliams.com
       lamare@clinewilliams.com

       AND

</div>

2

Bren H. Chambers, #23150
Vice President and General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
(402) 472-1201
bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

/s/ Lily Amare
Lily Amare

3