IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ASHLEY SCOGGIN,<br><br>        Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and individuals AMY WILLIAMS, TREV ALBERTS, and CHUCK LOVE, JR., in their individual capacities,<br><br>        Defendants. | Case No. 4:24-cv-3039<br><br><br>**NOTICE OF 30(B)(6) DEPOSITION** |

Please take notice that the Plaintiff will take the deposition of Defendant Board of Regents of the University of Nebraska on the 29th day of May 2026, upon oral examination at the instance and the request of the Plaintiff in this action, commencing at 8:00 a.m. (CST).

Defendant is to direct one or more officers, directors, agents or other persons who consent to testify on its behalf who is/are the person(s) most knowledgeable in the following topics:

1. Name, Image and Likeness opportunities for members of the Cornhusker women's basketball team in the years 2021 – 2024. This includes:

   a. Identification of NIL sponsors for the years 2021-2024; and
   b. The range of earnings by members of the Cornhusker women's basketball team in the years 2021-2024.

   \*\*\*Plaintiff will stipulate to the **Motion for an Order Permitting Testimony Regarding This Topic and Entry of Protective Order**, and the entry of the proposed order with respect to this Motion. Testimony on this topic will occur after entry of the order, in accordance with the protective order.\*\*\*

2. The approval process and adoption of BRUN Policy 3.3.15 - "Consensual Relationships Policy," prior to its adoption in June 2021. This includes the general process by which the policy was developed, including whether the policy was socialized through a working group,

task force, or the like; whether and to what extent it was considered by relevant University of Nebraska-Lincoln administrators and standing committees; whether and to what extent it was considered by Board of Regents at an open meeting and committee meetings; and the general institutional considerations that informed its adoption. It also includes any discussions that the deponent was privy to or present for, including discussions between Regents or University of Nebraska personnel regarding the approval and adoption of 3.3.15.

Consistent with the Court's direction at the April 22, 2026 teleconference, Defendant will complete and submit a privilege log in connection with this topic to identify any documents withheld on the basis of attorney-client privilege or work product arising from the approval process and adoption of the policy, and will supplement the privilege log as needed.

3. The process for investigation, adjudication and disposition of reports of violations of any provision of "Disciplinary Action for Cause," found within Appendix C, University of Nebraska-Lincoln Department of Intercollegiate Athletics Policy on Standards of Professional Performance for Athletic Staff and Rules of Procedure for Disciplinary Action, for the years 2020-2022.

4. Reports received of sexual or intimate relationships between coaches and student-athletes in violation of any provision of "Disciplinary Action for Cause," found within Appendix C, University of Nebraska-Lincoln Department of Intercollegiate Athletics Policy on Standards of Professional Performance for Athletic Staff and Rules of Procedure for Disciplinary Action, for the years 2020-2022.

5. For the years 2016-2022, reports received of employees of the University of Nebraska-Lincoln Department of Intercollegiate Athletics engaging in any of the following:

   a.  Sexual or "romantic" contact with or toward any student-athlete;
   b.  Any of the conduct defined in BRUN Policy 2.1.8(c) toward any student-athlete, student-employee or student intern, regardless of whether a Title IX complaint was actually filed.

ASHLEY SCOGGIN, Plaintiff,


By:  /s/ *Maren L. Chaloupka*
Maren Lynn Chaloupka, #20864
CHALOUPKA LAW LLC
1906 Broadway
P.O. Box 1724
Scottsbluff, NE  69363-1724
(308) 270-5091
mlc@chaloupkalaw.net

AND

Nathan T. Bruner, # 23629
BRUNER FRANK
5804 1st Avenue
P.O. Box 2230
Kearney, NE 68848-2230
(308) 455-1046
nbruner@nebraskalawfirm.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument has been sent via CM/ECF on this 7th day of May 2026, to the following:

Denise E. Frost
Johnson & Mock, PC LLO
9900 Nicholas Street, #225
Omaha, NE  68114
dfrost@johnsonandmock.com

Bren H. Chambers
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE  68583-0745
bchambers@nebraska.edu

Susan K. Sapp
Lily Amare
Cline Williams Wright Johnson &
Oldfather, L.L.P.
1900 U.S. Bank Building
233 South13th Street
Lincoln, NE 68508
ssapp@clinewilliams.com
lamare@clinewilliams.com


      /s/ Maren Lynn Chaloupka