IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ASHLEY SCOGGIN,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and Individuals AMY WILLIAMS, TREV ALBERTS, and CHUCK LOVE, JR., In their individual capacities.<br><br>Defendants. | Case No. 4:24-CV-3039<br><br><br>**DEFENDANTS'<br>MOTION FOR SUMMARY JUDGMENT** |

COME NOW Defendants Board of Regents of the University of Nebraska ("BRUN"), Amy Williams ("Williams"), and Trev Alberts ("Alberts"), collectively ("Defendants"), pursuant to FED. R. CIV. P. 56 and Local Rules NECIVR 7.1 and 56.1, and respectfully move the Court for summary judgment in their favor and against Plaintiff on all causes of action for the reason that the pleadings and the evidence submitted show that there is no genuine dispute as to any material fact and that they are entitled to judgment as a matter of law.

In support of their Motion, Defendants rely on the Index of Evidence, Statement of Undisputed Material Facts, and Brief in Support of their Motion for Summary Judgment filed contemporaneously herewith.

WHEREFORE, Defendants respectfully request the Court grant their Motion for Summary Judgment and dismiss Plaintiff's Complaint in its entirety and with prejudice.

Dated this 31st day of July, 2026.

BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and Individuals AMY WILLIAMS, and TREV ALBERTS, Defendants

By:    /s/ Lily Amare
        Susan K. Sapp, #19121
        Lily Amare, #25735
        Cline Williams Wright
          Johnson & Oldfather, L.L.P.
        1900 U.S. Bank Building
        233 South13th Street
        Lincoln, NE 68508
        (402) 474-6900
        ssapp@clinewilliams.com
        lamare@clinewilliams.com

                AND

        Bren H. Chambers, #23150
        Vice President and General Counsel
        University of Nebraska
        3835 Holdrege Street
        Lincoln, NE 68583-0745
        (402) 472-1201
        bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

                /s/ Lily Amare
                Lily Amare

2