IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ASHLEY SCOGGIN,<br>Plaintiff,<br>v.<br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and Individuals AMY WILLIAMS, TREV ALBERTS, and CHUCK LOVE, JR., In their individual capacities,<br>Defendants. | Case No. 4:24-CV-3039<br>**DEFENDANT TREV ALBERTS' ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** |

TO: Ashley Scoggin, Plaintiff, by and through her attorney of record, Maren Lynn Chaloupka, Chaloupka Law LLC, 1906 Broadway, P.O. Box 1724, Scottsbluff, NE 69363-1724, mlc@chaloupkalaw.net

COMES NOW Defendant Trev Alberts ("Alberts") and hereby provides Answers to Plaintiff's Interrogatories in accordance with the Court's order and limitations, as follows.

**INTERROGATORIES**

**INTERROGATORY NO. 1:** From 2016 - present, identify all training you have received relating to RP-3.3.15.

**ANSWER:** Objection. Alberts objects to Interrogatory No. 1, on the grounds that this Interrogatory seeks information neither relevant to any claim or defense in this matter, nor likely to lead to the discovery of relevant, admissible evidence. Furthermore, Alberts objects to this Interrogatory as it is not reasonably limited in scope. To illustrate, Alberts did not begin his employment at the University of Nebraska-Lincoln until 2021. There is no allegation Alberts violated RP-3.3.15 while employed by the University of Nebraska-Omaha or while at the University of Nebraska-Lincoln. Nor could he because, in the Complaint, Plaintiff admitted she did not tell anyone about her interaction, sexual or otherwise, with Chuck Love until March 2022. There is no allegation involving University of Nebraska-Omaha. In addition, Alberts does not maintain a list of trainings provided by the University

EXHIBIT
DDD

prior to 2020, and therefore, this Interrogatory poses undue burden on Alberts to gather the information requested herein—"all trainings" over a 9 year period of time.

Only to the extent this Interrogatory is limited to trainings Alberts received while at the University of Nebraska-Lincoln (2021 until 2024), Alberts completed the following trainings:

- In July 2021: UNL Sexual Misconduct Prevention and Response Training
- In September 2021: University of Nebraska-Lincoln Report=Support
- In August 2022: UNL Sexual Misconduct Prevention and Response Training
- In August 2022: UNL Faculty/Staff Sexual Misconduct Prevention and Response Training Introduction
- In October 2022: Campus Security Authorities – Who, What, Why and Where

Inappropriate sexual/romantic relationships were addressed within the various Title IX training courses.

**<u>INTERROGATORY NO. 2</u>:** While you were employed at the University of Nebraska-Omaha, did UNO ever seek the services of a consultant to review, investigate or make recommendations on the subjects of sexual/romantic relationships between coaches and student-athletes and/or abusive behavior by coaches toward student-athletes? If so, please identify the consultant(s) and any reports he or she produced.

**<u>ANSWER</u>:** Objection. Alberts objects to Interrogatory No. 2, on the grounds that this Interrogatory seeks information neither relevant to any claim or defense in this matter, nor likely to lead to the discovery of relevant, admissible evidence. In addition, this Interrogatory is overly broad and also fails to include appropriate temporal limitations.

Specifically, this Interrogatory seeks information related to the "subjects of sexual/romantic relationships between coaches and student-athletes and/or abusive behavior by coaches toward student-athletes" while Alberts was at University of Nebraska Omaha, which has no alleged connection with the University of Nebraska-Lincoln's Women's

**ANSWER:** Keith Zimmer contacted Mr. Alberts by phone the day of the team meeting which took place the day after the events in question at the hotel.

Dated: September 10, 2024.

BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and Individuals AMY WILLIAMS, TREV ALBERTS, Defendants

By: /s/ Lily Amare

Susan K. Sapp #19121
Lily Amare #25735
Cline Williams Wright
Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 South13th Street
Lincoln, NE 68508
(402) 474-6900
ssapp@clinewilliams.com
lamare@clinewilliams.com

AND

Bren H. Chambers, #23150
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
(402) 472-1201
bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2024, I certify that the foregoing was served upon the attorneys for the plaintiff and for defendant Chuck Love, Jr., by email, as follows:

Maren Lynn Chaloupka
Chaloupka Law LLC
1906 Broadway
P.O. Box 1724
Scottsbluff, NE 69363-1724
mlc@chaloupkalaw.net

Denise E. Frost
JOHNSON & MOCK, PC LLO
9900 Nicholas St., #225
Omaha, NE 68114
dfrost@johnsonandmock.com

/s/ Lily Amare
Lily Amare

4873-2261-1170, v. 1

## VERIFICATION

STATE OF Texas )
) ss.
COUNTY OF Brazos )

Trev Alberts, of lawful age, being first duly sworn, states that he has read Defendant Trev Alberts' Answers to Plaintiff's First Set of Interrogatories, understands the contents thereof, and declares the statements contained therein are true and correct to the best of his knowledge.

Trev Alberts

Subscribed and sworn to before me a notary public this 9th day of September, 2024.

BRANDY C. DOUGLASS
Notary Public, State of Texas
Comm. Expires 09-09-2024
Notary ID 132666426

Notary Public

4882-3703-6514, v. 1