IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ASHLEY SCOGGIN,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA and individuals AMY WILLIAMS, TREV ALBERTS, and CHUCK LOVE, JR., in their individual capacities,<br><br>Defendants. | Case No. 4:24-cv-3039<br><br>**DEFENDANT CHUCK LOVE, JR,'S MOTION FOR SUMMARY JUDGMENT** |

COMES NOW Defendant Chuck Love, Jr., pursuant to Fed. R. Civ. P. 56 and Local Rules NECivR 7.1 and 56.1, and respectfully moves the Court for summary judgment in their favor and against Plaintiff on all causes of action for the reason that the pleadings and the evidence submitted show that there is no genuine dispute as to any material fact and that he is entitled to judgment as a matter of law.

In support of this motion, Defendant relies on the Index of Evidence (Filing 194), Statement of Undisputed Material Facts (Filing 193), and Brief in Support of Defendant Chuck Love, Jr.'s Motion for Summary Judgment filed contemporaneously herewith.

WHEREFORE, Defendant Cuck Love Jr. respectfully requests the Court grant his Motion for Summary Judgment and dismiss Plaintiff's Complaint in its entirety and with prejudice.

DATED this 31st day of July 2026.

CHUCK LOVE, JR., Defendant

BY: */s/Denise E. Frost*
Denise E. Frost, #18794
JOHNSON & MOCK, PC LLO
9900 Nicholas Street, # 225
Omaha, NE 68114-2249
(402) 346-8856
dfrost@johnsonandmock.com

**CERTIFICATE OF SERVICE**

I certify that on July 31, 2026 I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which sent notification of the filing to the following counsel of record:

Maren Lynn Chaloupka
mlc@chaloupkalaw.et

Bren H. Chambers
bchambers@nebaska.edu

Susan K. Sapp
ssapp@clinewilliams.com

Lily Amare
lamare@clinewilliams.com

*/s/ Denise E. Frost*