IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ASHLEY SCOGGIN,

Plaintiff,

vs.

BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and individuals AMY WILLIAMS, TREV ALBERTS, and CHUCK LOVE, JR., in their individual capacities,

Defendants.

Case No. 4:24-cv-3039

**PLAINTIFF'S INDEX OF EVIDENCE IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Ashley Scoggin, Plaintiff in the above-captioned matter, by and through her counsel of record, in opposition to Defendants' Motion for Summary Judgment, submits the following evidence:

1. Amy Williams' deposition transcript;
2. Ashley Scoggins' deposition transcript – Vol. I;
3. Ashley Scoggins' deposition transcript – Vol. II;
4. Ashley Scoggin's deposition errata page;
5. Chuck Love's deposition transcript;
6. Trev Alberts' deposition transcript – Vol. I;
7. Trev Alberts' deposition transcript – Vol. II;
8. Jamie Vaughn's deposition transcript;
9. Keith Zimmer's deposition transcript;

10. Craig Scoggin's deposition transcript;

11. Krissy Scoggin's deposition transcript;

12. Leslie Shaver's deposition transcript;

13. Christian Eisenhauer's deposition transcript;

14. Lloyd Williams' deposition transcript;

15. Derrick Pearson's deposition transcript;

16. Drew Nielsen's deposition transcript – 30(b)(6) designee;

17. Jonathan Bateman's deposition transcript – 30(b)(6) designee;

18. Layton Brooks' deposition transcript – 30(b)(6) designee;

19. Layton Brooks' deposition transcript #2 – 30(b)(6) designee;

20. Meagan Counley's deposition transcript – 30(b)(6) designee;

21. Megan Counley's deposition transcript #2 – 30(b)(6) designee;

22. Blake Chramosta's deposition transcript – 30(b)(6) designee;

23. Defense Deposition Exhibit No. 45 – UNLV Psych Records for Ashley Scoggin;

24. Defense Deposition Exhibit No. 50 – UNL Sports Psych Records for Ashley Scoggin;

25. Deposition Exhibit No. 301 – Chuck Love, Nebraska assistant women's basketball coach, resigns after 3-month suspension (ESPN);

26. Deposition Exhibit No. 303 – Messages with Scoggin Family and UNL Coaching Staff;

27. Deposition Exhibit No. 304 – Academic Team Assignments;

28. Deposition Exhibit No. 305 – Photos Produced by Chuck Love;

29. Deposition Exhibit No. 306 – Lloyd William's Snapchat Friend Request;

30. Deposition Exhibit No. 307 – Alberts' First Amended and Restated Employment Agreement with UNL;

31. Deposition Exhibit No. 308 – Email from Mann to AW, TA, others (5/12/22);

32. Deposition Exhibit No. 311 –Board of Regents of the University of Nebraska's (BRUN) Policy 3.3.15;

33. Deposition Exhibit No. 312 – BRUN's Minutes re Policy 3.3.15 (6/25/21);

34. Deposition Exhibit No. 313 – BRUN's Agenda re 3.3.15 (6/25/21);

35. Deposition Exhibit No. 314 – BRUN's Policy 2.1.8;

36. Deposition Exhibit No. 319 – Email from Trev Alberts to Chuck Love (2/18/22);

37. Deposition Exhibit No. 320 – Letter from Trev Alberts to Chuck Love (2/18/22);

38. Deposition Exhibit No. 321 – Texts between Amy Williams & Ashley Scoggin – 2020 – 2022;

39. Deposition Exhibit No. 324 – Krissy Scoggin's email to Trev Alberts – TA Forwarded to KZ (2/20/22);

40. Deposition Exhibit No. 325 – Amy Williams's Resume;

41. Deposition Exhibit No. 326 – Sexual Harassment Training Video Script – September 2020;

42. Deposition Exhibit No. 330 –This exhibit is a true and accurate transcription of an interview of Jazz Shelley by University of Nebraska Deputy Title IX Coordinator Leslie Shaver, dated April 27, 2022. The audio recording of the interview was produced in discovery by BRUN on October 24, 2024 and was identified by BRUN in its production as Bates number BRUN_00000204;

43. Deposition Exhibit No. 331 –This exhibit is a true and accurate transcription of an interview of Jazz Shelley by University of Nebraska Deputy Title IX Coordinator Leslie Shaver. The audio recording of the interview was produced in discovery by BRUN on October 24, 2024 and was identified by BRUN in its production as Bates number BRUN_00000226;

44. Deposition Exhibit No. 332 – Amy Williams' Contract of Employment (April 2016);

45. Deposition Exhibit No. 333 – Commitment to Professional Conduct and Confidentiality - Athletics Department Staff (4/18/16);

46. Deposition Exhibit No. 334 – Commitment to Professional Conduct and Confidentiality - Athletics Department Staff – Chuck Love (5/10/16);

47. Deposition Exhibit No. 335 – Chuck Love's Contract of Employment (4/14/16);

48. Deposition Exhibit No. 336 – Chuck Love's Contract Extension, Associate Head Coach (5/13/21);

49. Deposition Exhibit No. 337 – Chuck Love's Performance Evaluation (May 2021);

50. Deposition Exhibit No. 338 – Chuck Love Performance Evaluation (May 2017);

51. Deposition Exhibit No. 339 – Chuck Love's Performance Evaluation (May 2019);

52. Deposition Exhibit No. 340 – Chuck Love's Performance Evaluation (May 2020);

53. Deposition Exhibit No. 341 – Chuck Love's Separation Agreement (5/9/22);

54. Deposition Exhibit No. 341A – Chuck Love's Separation Agreement – Longer Version (5/9/22);

55. Deposition Exhibit No. 345 – Leslie Shaver's letter to Chuck Love regarding notice of Title IX Complaint (3/21/22);

56. Deposition Exhibit No. 346 – Email from Maren Chaloupka to Jamie Vaughn (3/17/22);

57. Deposition Exhibit No. 347 – Email from Maren Chaloupka to Leslie Shaver (3/17/22);

58. Deposition Exhibit No. 348 – Bryan Meehan's email to Leslie Shaver regarding Devaney Footage (4/8/22);

59. Deposition Exhibit No. 349 – Leslie Shaver's photo of Chuck Love's Valentine card and cash to Ashley Scoggin;

60. Deposition Exhibit No. 350 – Leslie Shaver email to Bryan Meehan (3/31/22);

61. Deposition Exhibit No. 351 – Chuck Love's Response to Title IX Complaint (5/4/22);

62. Deposition Exhibit No. 352 – Leslie Shaver's email to Keith Zimmer (4/4/22);

63. Deposition Exhibit No. 353 – Leslie Shaver's email to Ruby Porter (4/25/22);

64. Deposition Exhibit No. 354 – Jamie Vaughn's email to Maren Chaloupka and Ashley Scoggin (3/25/22);

65. Deposition Exhibit No. 355 – Formal Title IX Complaint (3/11/22);

66. Deposition Exhibit No. 356 – Email thread between Kathleen Neary and Leslie Shaver (5/4/22 to 5/10/22);

67. Deposition Exhibit No. 358 – Texts between Jaz Shelley and Chuck Love (2/18/22);

68. Deposition Exhibit No. 359 – Leslie Shaver's List of Witnesses and Responses;

69. Deposition Exhibit No. 360 – This exhibit is a true and accurate transcription of an interview of Christian Eisenhauer by University of Nebraska Deputy Title IX Coordinator Leslie Shaver, dated April 11, 2022. The audio recording of the interview was produced in discovery by BRUN on October 24, 2024 and was identified by BRUN in its production as Bates number BRUN_00000201.

70. Deposition Exhibit No. 361 – Leslie Shaver's memo to self re Mi'Cole Cayton and Chuck Love's phone (3/31/22);

71. Deposition Exhibit No. 362 – Amy Williams' documentation of Penn State trip and Trev Alberts Meeting;

72. Deposition Exhibit No. 363 – Investigation Summary;

73. Deposition Exhibit No. 363A – Clery Act Report (8/8/22);

74. Deposition Exhibit No. 364 – Notes of Amanda Hart Interview (2/17/22 and 2/18/22);

75. Deposition Exhibit No. 365 – This exhibit is a true and accurate transcription of an interview of Annika Stewart by University of Nebraska Deputy Title IX Coordinator Leslie Shaver, dated April 14, 2022. The audio recording of the interview was produced in discovery by BRUN on October 24, 2024 and was identified by BRUN in its production as Bates number BRUN_00000197;

76. Deposition Exhibit No. 366 – This exhibit is a true and accurate transcription of an interview of Emme Pruitt by University of Nebraska Deputy Title IX Coordinator Leslie Shaver, dated April 7, 2022. The audio recording of the interview was produced in discovery by BRUN on October 24, 2024 and was identified by BRUN in its production as Bates number BRUN_00000203;

77. Deposition Exhibit No. 367 – Excerpts from Keith Zimmer Deposition Transcript;

78. Deposition Exhibit No. 368 – Notes of Amanda Hart Interview;

79. Deposition Exhibit No. 369 – Notes of Kendall Coley Interview;

80. Deposition Exhibit No. 370 – Current Resume of Trev Alberts;

81. Deposition Exhibit No. 371 – Keith Zimmer's Notes;

82. Deposition Exhibit No. 373 – 2020 - 2021 University of Nebraska Student-Athlete Handbook;

83. Deposition Exhibit No. 374 – Email thread between Keith Zimmer and Marquita Armstead (3/22/22 to 3/23/22);

84. Deposition Exhibit No. 375 – Husker Women's Basketball Team Philosophy;

85. Deposition Exhibit No. 376 – Husker Women's Basketball Team Handbook (2020 – 2021);

86. Deposition Exhibit No. 379 – Surveillance Video Notes (nothing);

87. Deposition Exhibit No. 381 – Emails between Trev Alberts and Krissy Scoggin (2/22/22);

88. Deposition Exhibit No. 382 – Trev Alberts' Employment Agreement (July 2021);

89. Deposition Exhibit No. 384 – University of Nebraska Athletics Department Sports Psychology Services;

90. Deposition Exhibit No. 385 – NCAA Compliance and the Principle of Ethical Conduct;

91. Deposition Exhibit No. 386 – University of Nebraska-Lincoln NIL Policy;

92. Deposition Exhibit No. 387 – University of Nebraska-Lincoln NIL FAQs;

93. Deposition Exhibit No. 388 – Climate Investigations (1/27/21);

94. Deposition Exhibit No. 390 – Video at Hotel during Penn State Game (Penn State Video (2).mov) – *send under separate cover*;

95. Deposition Exhibit No. 393 – Excerpts of Husch Blackwell's 2022 Title IX Sexual Harassment Response;

96. Deposition Exhibit No. 394 – Leslie Shaver's Trainings Institutional Equity and Compliance;

97. Deposition Exhibit No. 396 – UNL's Title IX PowerPoint;

98. Deposition Exhibit No. 397 – UNL's Title IX PowerPoint (students);

99. Deposition Exhibit No. 398 – UNL's Sexual Misconduct Reporting for Athletic Staff;

100. Deposition Exhibit No. 399 – UNL's Sexual Misconduct Response for Faculty and Staff;

101. Deposition Exhibit No. 400 – UNL's Title IX and Coaching PowerPoint;

102. Deposition Exhibit No. 402 – Appendix C – UNL Department of Intercollegiate Athletics Policy on Standards of Professional Performance for Athletic Staff and Rules of Procedure for Disciplinary Action;

103. Deposition Exhibit No. 406 – SI.com - ESPN fires longtime analyst Trev Alberts (9/6/05);

104. Deposition Exhibit No. 407 – Washington Speakers Bureau - Trev Alberts Speaking Engagements, Schedule, & Fee;

105. Deposition Exhibit No. 409 – UNL-PSU Schedule and Rooming List;

106. Deposition Exhibit No. 410 – University of Nebraska Executive Memorandum No. 39 - Procedures for Sexual Misconduct Reports (11/11/21);

107. Deposition Exhibit No. 412 – Authorizations and Release Forms - UNL Police Department;

108. Deposition Exhibit No. 413 – US Center for SafeSport Code for U.S. Olympic and Paralympic Movement – Effective 4/1/21;

109. Deposition Exhibit No. 414 – US Center for SafeSport Responding to Abuse;

110. Deposition Exhibit No. 415 – Jeffrey Griesch's email regarding Statement to Media (2/19/22);

111. Deposition Exhibit No. 416 – TMZ's Email to the Department of Athletics (2/22/22);

112. Deposition Exhibit No. 417 – KETV & KOLN Coverage of Removal;

113. Deposition Exhibit No. 420 – UNL Women's Basketball Travel Rules;

114. Deposition Exhibit No. 421 – UNL Department of Athletics Student-Athlete Conduct Policy (2020 - 2021);

115. Deposition Exhibit No. 422 – UNL Women's Basketball Schedule (2021 - 2022);

116. Deposition Exhibit No. 423 – UNL Women's Basketball Roster (2021 - 2022);

117. Deposition Exhibit No. 425 – Ashley Scoggins' texts messages with Coach Amy Williams (2022);

118. Deposition Exhibit No. 426 – Instagram DMs from Lloyd Williams to Ashley Scoggin;

119. Deposition Exhibit No. 428 – Title IX Interview Summary – Chuck Love's role during games;

120. Deposition Exhibit No. 435 – Keith Zimmer's Bio;

121. Deposition Exhibit No. 440 – Excerpt from Trev Alberts' Deposition - p. 54;

122. Deposition Exhibit No. 442 – UNL Collaborative Committee Report on Sexual Misconduct (10/5/20);

123. Deposition Exhibit No. 445 – Love In Basketball – Basketball & Personal Development;

124. Deposition Exhibit No. 446 – Chuck Love-Love in Basketball Instagram Posts;

125. Deposition Exhibit No. 447 – Chuck Love – His Story Instagram Post;

126. Deposition Exhibit No. 448 – Nebraska's Women's Basketball NCAA Tournament Teams;

127. Deposition Exhibit No. 449 – Love In Basketball Corporate Documents;

128. Deposition Exhibit No. 451 – Nebraska Football & Coach Scott Frost Receive Penalties After NCAA Investigation;

129. Deposition Exhibit No. 452 – Lyrics to Overdose;

130. Deposition Exhibit No. 455 – Chuck Love's Mirror (Eviction Case);

131. Deposition Exhibit No. 456 – Photos of Chuck Love's Home After Eviction;

132. Deposition Exhibit No. 457 – Excerpt of Amy Williams' deposition transcript;

133. Deposition Exhibit No. 458 – Chuck Love's Resume;

134. Deposition Exhibit No. 459 – SafeSport Electronic Communications;

135. Deposition Exhibit No. 460 – SafeSport One on One Interactions Policy;

136. Deposition Exhibit No. 461 – Diagram of Play;

137. Deposition Exhibit No. 462 – NCAA's Model Policy on the Prevention of Inappropriate Relationships Between Student-Athletes and Athletics Personnel;

138. Deposition Exhibit No. 464 – N-Club Compliance - University of Nebraska - Official Athletics Website;

139. Deposition Exhibit No. 466 – NCAA Division I Manual (2021-2022) - Bylaw re Cancellation of Financial Aid;

140. Deposition Exhibit No. 468 – Texts between Amy Williams, Jamie Vaugh and Dennis LeBlanc;

141. Deposition Exhibit No. 470 –Email thread between Jamie Vaughn and Trev Alberts (2/19/22);

142. Deposition Exhibit No. 471 – Proposed Policy Language;

143. Deposition Exhibit No. 474 – University of Vermont Student-Athlete Handbook (2014 – 2015);

144. Deposition Exhibit No. 604 – Amended Notice of 30(b)(6) Deposition;

145. Deposition Exhibit No. 605 – Faculty-Student Consensual Relationship Policies (2019);

146. Deposition Exhibit No. 606 – Draft Consensual Sexual or Romantic Relations;

147. Deposition Exhibit No. 607 – Email to Regents with Committee Minutes (6/4/21);

148. Deposition Exhibit No. 609 – XI-A-1 Consensual Relationships Policy;

149. Deposition Exhibit No. 610 – BRUN script for 6/25/21 meeting;

150. Deposition Exhibit No. 611 –Email from Mary Chinnock Petroski at UNK) to Drew Nielsen at UNO (2/4/21);

151. Deposition Exhibit No. 613 – Email from Jake Johnson to Sarah Gloden Carlson, Drew Nielsen and Mary Chinnock Petroski (2/8/21);

152. Deposition Exhibit No. 614 – Emails between Drew Nielsen and Aileen Warren (2/9/21);

153. Deposition Exhibit No. 615 – Email from Mary Chinnock Petroski to Drew Nielsen (2/15/21);

154. Deposition Exhibit No. 616 – Email from Sarah Weil to Drew Nielsen (2/5/21);

155. Deposition Exhibit No. 617 – Email from Jake Johnson to Drew Nielsen (2/4/21);

156. Deposition Exhibit No. 618 – Email from Drew Nielsen to Title IX Coordinators (2/16/21);

157. Deposition Exhibit No. 619 – University of Nebraska Council of Academic Officers Meeting Agenda (8/7/20);

158. Deposition Exhibit No. 620 – University of Nebraska Council of Academic Officers Meeting Agenda (2/17/20);

159. Deposition Exhibit No. 621 – Appendix C – UNL Department of Intercollegiate Athletics Policy on Standards of Professional Performance for Athletic Staff and Rules of Procedure for Disciplinary Action;

160. Deposition Exhibit No. 621 – UNL Women's Basketball NIL Disclosure Summary (2021 - 2024);

161. Declaration of Maren Lynn Chaloupka;

    A. The printed version of LOVE's page on the University of Nebraska Official Website;

    B. Media Coverage of Removal from Team;

    C. The web page for the University of Nebraska System Office of General Counsel, found at https://nebraska.edu/offices/general-counsel/;

D. Transcription of the interview of Logan Seiser by University of Nebraska Deputy Title IX Coordinator Leslie Shaver;

E. Transcription of an interview of Amy Williams by University of Nebraska Deputy Title IX Coordinator Leslie Shaver;

F. Transcription of an interview of Ashley Scoggin by University of Nebraska Deputy Title IX Coordinator Leslie Shaver;

G. Transcription of an interview of Bella Cravens by University of Nebraska Deputy Title IX Coordinator Leslie Shaver;

H. Transcription of an interview of Kendall Coley by University of Nebraska Deputy Title IX Coordinator Leslie Shaver;

I. Transcription of an interview of Nailah Dillard by University of Nebraska Deputy Title IX Coordinator Leslie Shaver;

J. Transcription of an interview of Ruby Porter by University of Nebraska Deputy Title IX Coordinator Leslie Shaver; and

K. Transcription of an interview of Tatiana Porter by University of Nebraska Deputy Title IX Coordinator Leslie Shaver.

162. BRUN's Responses to Plaintiff's Requests for Production;

163. Trev Alberts' Responses to Plaintiff's Requests for Production;

164. Amy Williams' Responses to Plaintiff's Requests for Production;

165. Defendants' Responses to Requests for Admissions;

166. Plaintiff's Discovery Resolution Effort;

167. BRUN's Supplemental Answers to Plaintiff's Interrogatories;

168. Chuck Love's Objection to Notice of Intent to Serve Subpoena Duces Tecum to University of South Dakota Athletic Department;

169. Plaintiff's Supplemental Responses to BRUN, Williams and Albert's First Set of Requests for Production;

170. Partial Transcript of 5/7/26 Discovery Hearing;

171. Letter from Maren Lynn Chaloupka to Susan Sapp (6/15/26);

172. BRUN's Partial Privilege Log (6/18/26);

173. Letter from Maren Lynn Chaloupka to Susan Sapp (6/25/26);

174. Letter from Susan Sapp to Maren Lynn Chaloupka (7/10/26);

175. Public Records Request regarding consensual relationship policy and response;

176. Nebraska Women's Basketball Combined Team Stats (2020 - 2021);

177. Nebraska Women's Basketball Combined Team Stats (2021 - 2022);

178. 2021 - 2022 Husker Women's Basketball Player Handbook; and

179. Documentation regarding Myles Farmer;

ASHLEY SCOGGIN, Plaintiff,

By: */s/ Maren L. Chaloupka*

Maren Lynn Chaloupka, #20864
Chaloupka Law, LLC
1906 Broadway
P.O. Box 1724
Scottsbluff, NE 69363-1724
(308) 270-5091
mlc@chaloupkalaw.net

-AND-

Nathan J. Bruner – NSBA # 23629
Bruner Frank Schumacher
5804 1st Avenue
P.O. Box 2230
Kearney, NE 68847
(308) 455-1046
nbruner@nebraskalawfirm.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument has been sent via CM/ECF on this 21st day of October 2026, to the following:

Denise E. Frost
Johnson & Mock, PC LLO
9900 Nicholas Street, #225
Omaha, NE 68114
dfrost@johnsonandmock.com

Bren H. Chambers
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
bchambers@nebraska.edu

Susan K. Sapp
Lily Amare
Cline Williams Wright Johnson &
Oldfather, L.L.P.
1900 U.S. Bank Building
233 South13th Street
Lincoln, NE 68508
ssapp@clinewilliams.com
lamare@clinewilliams.com

*/s/ Maren Lynn Chaloupka*