

EXHIBIT
28
4:24-cv-3039


Ability is what your cabable of doing, Motivation determines what you do, Attitude determines how well you do it -unknown
Challenges are what makes life interesting. Overcoming them is what makes life meaningful. -Joshua J. Marine
Good things come to those who wait, but better things come to those who go out and get them. -unknown
Life Lesson, If you want to fly, Give up everything that weighs you down. -unknown
It all begins and ends in your mind. what you give power to, has power over you, If you allow it. -Unknown
Be positive. Your mind is more powerful than you think. what is down in the well comes up in the bucket. Fill yourself with positive things. -Tony Dungy
MAMBA MENTALITY Mantra A constant quest to be the best version of one's self -Kobe Bryant
Winning is not a sometimes thing, Its an ALL-THE-TIME thing! -Vince Lombardi Time to be great!!! -Shoota
Time to get another 1% BETTER TODAY, DAWGGGGG LESSGOOOOOOOOOO #0
Today is another day to get 1% Better! WE ELEVATING -yardy know who it is
"Excellence is not a singular act, But a habit. You are what you repeatedly Do!" -Shaquille O'neal
Make your mind a good place to be -unknown
Ask yourself if what you are doing today is GETTING YOU closer to where you want to be TOMORROW!
See your goal
Understand the Obstacles
Create a positive mental picture
Clear your mind of self doubt
Embrace the challenge
Stay on track
Show the world you can do it!
There are no limits to what you can accomplish, except the limits you place on your own thinking! -Brian Tracy
You must expect great things of yourself before you can do them! -Michael Jordan
Every season serves a purpose, even if its not where you want to be, its a journey!
Some people want it to happen, Some wish it would happen. Others make it happen -MJ
You must tell yourself "No matter How hard it is, or How hard it gets. Im going to make it." -Les Brown
A Lion doesn't loose sleep over the opinion of Sheep. -unknown
The most important thing is to try and inspire people so that they can be great in whatever they want to do -Kobe Bryant
Success is born out of faith, an undying Passion, and a relentless drive -Stephen Curry
procrastination is the assumption that God owes you another opportunity to do what you had time to do -unknown
when you realize your only competition is yourself... Everything changes. -unknown
Have faith in your own abilities, work hard, and there is nothing you cannot accomplish -Jimmy Butler
Everyday, Take a moment and realize how blessed you are! -unknown
Never underestimate your own strength. You were born for a purpose and are blessed with the power to achieve it. -unknown
Invest in You! Invest in youre dreams and what you love to do. -unknown
Relentless... Being relentless means demanding more of yourself than anyone else could ever demand of you.
You can't control how other people recieve your energy. Anything you do or say gets filtered through the lens of whatever personal crap they are going through which isn't about you. Just keep doing your thing with as much integrity and love as possible
"Smart people learn from everything and everyone, average people from their experiences, stupid people already have the answers." -Socrates
Crave the result so intensely that the work is Irrelevent -Tim Grover
you can't change the direction of the wind, but you can adjust your sails to always reach your destination -Steve Jobs
Genius is one percent inspiration and 99% perspiration. That means that when it comes to being successful, your ambition and your work ethic are much more important assets than any god-given talent you're blessed with. -Thomas Edison
Courage doesn't always roar. Sometimes courage is the quiet voice at the end of the day saying, "I will try again tomorrow" -Mary Radmacher
Self love, It doesn't mean that everyone will treat you deserve to be treated. It means that you won't let them change the way you see yourself, nor will you stick around for them to destroy you -Tony Gaskins
Fate whispers to the warrior, "You cannot withstand the storm." The warrior whispers back, "I am the storm." -unknown
Everyone buys books, few ever read them. Everyone wants growth, few accept pain. Everyone wants to be happier, few ever change. Intention is nothing without action, but action is nothing without intention. -unknown
"you are only as great as you believe you are" -unknown
Life is like a piano, the white keys represent happiness and the black shows sadness, but as you go through life's journey, remember that the black keys also make music -unknown
Sometimes you don't get what you want because you deserve better. -unknown
Your soul is attracted to people the same way flowers are attracted to the sun. Surround yourself only with those who want to see you grow. -unknown
There's a blessing in disguise in every situation something far greater always comes out of moments that test you. Keep going. Keep rising. Keep believing. -unknown
To be successful at anything you don't have to be different. You simply have to be what most people aren't: consistent -unknown
The journey of a thousands miles begins with a single step. -unknown
Theres nothing wrong with enjoying looking at the surface of the ocean itself, except that when you finally see what goes on underwater, you realize that you've been missing the whole point, staying on the surface all the time is like going to the circus and staring at the outside of the tent -Dave Barry
Watch your thoughts; they become words. Watch your words; they become actions. Watch your actions; they become habits. Watch your habits, they become character. Watch your character; it becomes your destiny. -unknown
Life is like a camera... Focus on whats important, capture the good times, Develop from the negatives, and if things don't work out, take another shot -unknown
Certainly, everything has its cracks, but the magic is that's the place where the light comes in. -unknown
Yesterday is history Tomorrow is a mystery Today is a gift That is why we call it the present. -Eleanor Roosevelt
Gentle reminder: its easy to get caught up in the pursuit of happiness but the truth is, if you took a moment to pause and reflect, to consider all the beauty that already surrounds you, you might just give happiness a chance to catch up to you. -unknown
Life is fleeting, cherish each minute, hour and year continue dreaming, don't waste your days consumed with fear. Live Selfless, embody love, for your life is like water the harder you hold on the faster it will disappear. -unknown
The grass isn't always greener on the other side, its greener where you water it -unknown
If you feel as if you're losing, remember that trees lose their leaves every year and they still stand tall and wait for better days to come. -unknown
Never let the fear of striking out keep you from playing the game -Babe Ruth
Boiling water makes potatoes soft and eggs hard. Its about what your made of, not the circumstances. -unknown
Don't be pushed around by the fears in your mind. Be led by the dreams in your heart -Roy T Bennett
grass no matter how hungry he is. Be like a lion. NEVER lower your standards -unknown
Diamonds are created from intense pressure over long periods of time; pearls are formed around irritants. Precious things are made from discomfort -unknown
Pressure is a privilege It means things are expected of you -unknown
Not everything you lose is a loss. Some things that didn't work out for you. Really worked out for you. -unknown
The heart has its reasons, which reason knows nothing of. -unknown
Find the warrior that lives inside you. Hold them tight and bring them forward until you see them in your reflection. -unknown
we pay so much attention to where our bodies live, that we forget to pay attention to where our souls live. -Poonam Lumb
The person that challenges you and holds you accountable loves you more than the person that watches you stay the same and settle for mediocrity. -unknown
when you fall in love with the process you will fall in love with what the process creates Everyone wants to do what the great ones do, but few are willing to do what they did to become great
Don't get hung up on "how its supposed to be" Embrace reality, embrace change -unknown


The essence of life is to care, the secret of life is to dare, the adventure of life is to learn, the challenge of life is to change, the joy of life is to love.
- Unknown
Change,
The Strongest factor of Success is self-esteem. Believing you can do it, Believing you deserve it, Believing you will get it
- Unknown
A flower does not think of competing to the flower next to it. It just blooms.
- Unknown
If the egg is broken by outside force, life ends. If broken by inside force, life begins. Great things always begin from within.
- Unknown
Life is not measured by the number of breaths we take, but by the moments that take our breath away.
- Maya Angelou
Sometimes you can learn a lot about yourself simply spending time with the vulnerable, wounded, rough-around-the edges part of yourself that you don't like. How you move and the changes you make after that are on you. Its all about self-acceptance, self-improvement and self-love.
- Unknown
You are only as great as you believe you are.
- Unknown
Live life in accordance with the outside world and you'll soon find misery.
Live life in accordance with your inside world and you'll soon find happiness.
- Unknown
Care about yourself the way you care about others
- Unknown
Strength is telling yourself that you are good enough, brave enough, and strong enough to overcome that obstacle. Because you can. Strength is persevering
- Unknown
A bird sitting on a tree is never afraid of the branch breaking because her trust is not on the branch but on its own wings. Always Believe in yourself
- Unknown
- Henry Ford
Don't Judge each day by the harvest you reap but by the seeds that you plant
- Robert Stevenson
- Kobe Bryant
- Maya Angelou
- Arnold Schwarzenegger
- Brene Brown
Self-Discipline is about controlling your desires and impulses while staying focused on what needs to get done to achieve your goal
- Adam Sicinski
Character influences actions
- Unknown
The distance between your dreams and reality is called action
- Unknown
- William James
It takes the same energy to worry as it does to be positive. Use your energy to think positive, and positive things will happen
- Unknown
You can't wait until life isn't hard anymore before you decide to be happy
- Weillen
Definition of a Champion:
Bent over, shoulders heaving, drenched in sweat, when no one is watching
- Unknown
- Dr Seuss
Never Say Never because limits, like fears are often just illusions.
- MJ
Only he who can see the invisible can do the impossible.
- Frank L. Gaines
Obstacles don't have to stop you. If you run into a wall, don't turn around and give up. Figure out how to climb it, go through it or work around it
- Michael Jordan
When life puts you in touchy situations, don't say "why me" Just say "Try me"
- Dwayne Johnson
Hard work beats talent when talent doesn't work hard
- Tim Notke
Winners never quit and quitters never win
- Vince Lombardi
Ability
is what your capable of doing,
Motivation
determines what you do,
Attitude
determines how well you do it
- Unknown
Challenges are what makes life interesting. Overcoming them is what makes life meaningful.
- Joshua J. Marine
Good things come to those who wait, but better things come to those who go out and get them
- Unknown
Life Lesson,
If you want to fly, Give up everything that weighs you down.
- Unknown
If all begins and ends in your mind. What you give power to, has power over you if you allow it
- Unknown
Be positive. Your mind is more powerful than you think. What is down in the well comes up in the bucket. Fill yourself with positive things.
- Tony Dungy
If your Dreams Don't Scare you they are too SMALL!!!
- Unknown
MAMBA MENTALITY
A constant quest to be the best version of one's self
Winning is not a sometimes thing. Its an ALL-THE-TIME thing!
- Vince Lombardi
Time to be great!!!
Time to get another 1% BETTER TODAY, DAWGGGGG
Today is another day to get 1%. Better!
WE ELEVATING
- you already know who it is
Excellence is not a singular act, but a habit. You are what you repeatedly Do"
Make your mind a good place to be
- Unknown
Nothing itself is impossible, the word itself says "I'm POSSIBLE"
Ask yourself if what you are doing today is GETTING YOU closer to where you want to be TOMORROW!
See your goal
Understand the obstacles
Create a positive mental picture
Clear your mind of self doubt
Embrace the challenge
Stay on track
Show the world you can do it
There are no limits to what you can accomplish, except the limits you place on your own thinking!
- Brian Tracy
You must expect great things of yourself before you can do them!
- Michael Jordan
Every season serves a purpose, even if its not where you want to be. its a journey!
Some people want it to happen, some wish it would happen, others make it happen
- MJ
You must tell yourself "No matter how hard it is, or how hard it gets. I'm going to make it"
- Les Brown
A lion doesn't lose sleep over the opinion of sheep
- Unknown
The most important thing is to try and inspire people so that they can be great in whatever they want to do
- Kobe Bryant
Success is born out of faith, an undying passion, and a relentless drive
- Stephen Curry
Procrastination is the assumption that God owes you another opportunity to do what you had time to do
- Unknown
When you realize your only competition is yourself... Everything changes
- Unknown
Have faith in your own abilities, work hard, and there is nothing you cannot accomplish
- Jimmy Butler
Never underestimate your own strength. You were born for a purpose and are blessed with the power to achieve it
Invest in You! Invest in youre dreams and what you love to do
- Unknown
Relentless
Being relentless means demanding more of yourself than anyone else could ever demand of you.
"Smart people learn from everything and everyone, average people from their experiences, stupid people already have the answers."
- Socrates
Crave the result so intensely that the work is irrelevant
- Tim Grover


Hope you
enjoy! :)
P.S. Nate is also up
AQUAFINA
U.S.A.


THE ESSENCE OF LIFE IS
TO CARE, THE SECRET OF
LIFE IS TO DARE, THE
ADVENTURE OF LIFE IS TO
LEARN, THE CHALLENGE
OF LIFE IS TO CHANGE, THE
JOY OF LIFE IS TO LOVE


EVENTS
+
RESPONSES
=
OUTCOME
PROGRESSION
PERFECTION
Love Ya
The Scoggin's
F.O.E.
vs
X
G
LEILA
TEAGAN M.
Lily Z.
1-3
P&P
GO BE
A LION
TODAY!
MARYLAND
OSU
MICH
INDI
IOWA