February 18, 2022

VIA ELECTRONIC TRANSMISSION

Chuck Love
Associate Head Coach – Women's Basketball
University of Nebraska-Lincoln
One Memorial Stadium
800 Stadium Drive
Lincoln, Nebraska 68588

Re: Suspension

Dear Coach Love:

The University of Nebraska-Lincoln ("University") has learned of allegations that you purportedly engaged in inappropriate conduct with a student-athlete on the women's basketball team. While those allegations are being reviewed and investigated, you will be placed on a paid suspension effective immediately. This suspension should not be construed as a prejudgment of those allegations, but rather is simply intended to safeguard the interests of all parties until this matter is resolved.

Accordingly, commencing today and until further notice, you are being relieved of your coaching responsibilities, you are not to have any form of contact (whether in-person, by telephone, or through electronic communications) with any current student-athletes, coaches, or staff members within the Department of Intercollegiate Athletics either on or off campus, and you are not to come onto the University's campuses. The only exceptions to these conditions are that you may come onto campus for the limited purpose of utilizing the University's Employee Assistance Program and you may communicate directly with me, who will serve as your point of contact during your suspension.

An investigator will be contacting you soon to obtain information relevant to the allegations. You are expected to cooperate fully and completely with the investigation and are expected to be available at all times during regular business hours to meet or speak with the investigator.

Please confirm that you received this letter and do not hesitate to contact me should you have any questions. I look forward to the conclusion of this matter.

Sincerely,

Trev Alberts

Vice Chancellor, Director of Athletics

cc: Amy Williams, Head Coach – Women's Basketball
Dr. Scott M. Fuess Jr., Faculty Athletics Representative

EXHIBIT
37
4:24-cv-3039