**From:** Maren Chaloupka <mlc@chaloupkalaw.net>
**Sent:** Monday, March 21, 2022 9:10 AM
**To:** Leslie Shaver <lshaver@unl.edu>;
**Cc:** jvaughn@huskers.com
**Subject:** Ashley Scoggin - follow-up

Non-NU Email

Good morning, Leslie. I'm writing to follow up on progress in getting access to Ashley Scoggin's game film restored. Can you give me an update on this?

CHALOUPKA LAW LLC
REPUTATION. RESPECT. RESULTS.

**Maren Lynn Chaloupka**

**Attorney at Law**

PO Box 1724

Scottsbluff, NE 69363-1724

T: (308) 270-5091

F: (308) 270-5105

www.chaloupkalaw.net

EXHIBIT
57
4:24-cv-3039