**From:** Bryan Meehan <bmeehan3@unl.edu>
**Sent:** Friday, April 08, 2022 6:41 AM
**To:** Leslie Shaver <lshaver@unl.edu>;
**Subject:** Bryan Meehan shared the folder "Leslie Shaver1" with you.

## Bryan Meehan shared a folder with you

Devaney Footage

Leslie Shaver1

This link only works for the direct recipients of this message.

Open

Microsoft

Privacy Statement

EXHIBIT
58
4:24-cv-3039