


EXHIBIT
59
4:24-cv-3039

BRUN_00000548