EXHIBIT
67
4:24-cv-3039

**From:** Jaz Shelley <jshelley2@huskers.unl.edu>
**Sent:** Wednesday, April 27, 2022 11:46 AM
**To:** Leslie Shaver <lshaver@unl.edu>;
**Subject:** Re: IEC Witness Participation Request (Shelley)

**Attachments:** cm-chat-media-video-1:a3bf7823-0c23-5938-a6bc-f0131f601bbe:279:0:0.mov;






Get [Outlook for iOS]

---

**From:** Leslie Shaver <lshaver@unl.edu>
**Sent:** Tuesday, April 26, 2022 11:50:33 AM
**To:** Jaz Shelley <jshelley2@huskers.unl.edu>
**Subject:** RE: IEC Witness Participation Request (Shelley)

Thanks. I'll talk to you then.

---

**From:** Jaz Shelley <jshelley2@huskers.unl.edu>
**Sent:** Tuesday, April 26, 2022 11:19 AM
**To:** Leslie Shaver <lshaver@unl.edu>
**Subject:** Re: IEC Witness Participation Request (Shelley)

A call works fine

Get [Outlook for iOS]

---

**From:** Leslie Shaver <lshaver@unl.edu>
**Sent:** Tuesday, April 26, 2022 11:09:01 AM
**To:** Jaz Shelley <jshelley2@huskers.unl.edu>

**Subject:** RE: IEC Witness Participation Request (Shelley)

Tomorrow at 11:00 a.m. works for me. Do you want me to call or send a Zoom link? If you prefer to come in, that's an option, too.

Just let me know!

Thanks,

Leslie

---

**From:** Jaz Shelley <jshelley2@huskers.unl.edu>
**Sent:** Tuesday, April 26, 2022 11:01 AM
**To:** Leslie Shaver <lshaver@unl.edu>
**Subject:** Re: IEC Witness Participation Request (Shelley)

Does 11am work for you?

Get Outlook for iOS

---

**From:** Leslie Shaver <lshaver@unl.edu>
**Sent:** Tuesday, April 26, 2022 10:50:01 AM
**To:** Jaz Shelley <jshelley2@huskers.unl.edu>
**Subject:** RE: IEC Witness Participation Request (Shelley)

Hi Jaz,

I had something scheduled during the time I proposed to you today.  I'm sorry.  Do you happen to have any time tomorrow (Weds. 27th) between 8:00 a.m. and 1:30 p.m. that would work for us to talk?

Just let me know!

Thanks,

Leslie

---

**From:** Leslie Shaver
**Sent:** Monday, April 25, 2022 4:48 PM
**To:** Jaz Shelley <jshelley2@huskers.unl.edu>
**Subject:** RE: IEC Witness Participation Request (Shelley)

Hi Jaz,

Unfortunately I have a meeting that starts at 1:30, but I think it shouldn't take much more than 30 minutes.   Would it work for you if we did it at 2:15?

Thanks,

Leslie

---

**From:** Jaz Shelley <jshelley2@huskers.unl.edu>
**Sent:** Monday, April 25, 2022 4:42 PM

**To:** Leslie Shaver <lshaver@unl.edu>
**Subject:** Re: IEC Witness Participation Request (Shelley)

Tomorrow could work. Can you do 1:45?

Get Outlook for iOS

---

**From:** Leslie Shaver <lshaver@unl.edu>
**Sent:** Friday, April 22, 2022 8:48:37 AM
**To:** Jaz Shelley <jshelley2@huskers.unl.edu>
**Subject:** RE: IEC Witness Participation Request (Shelley)

Hi Jaz,

If you'd be willing to, that would be helpful.  Is there some time on Monday or Tuesday where I could give you a call or send a Zoom link?

Leslie

---

**From:** Jaz Shelley <jshelley2@huskers.unl.edu>
**Sent:** Friday, April 22, 2022 6:43 AM
**To:** Leslie Shaver <lshaver@unl.edu>
**Subject:** Re: IEC Witness Participation Request (Shelley)

Hey,

I heard you have been reaching out to a lot of people. I can chat if no one else is.

Thanks Jaz

Get Outlook for iOS

---

**From:** Jaz Shelley <jshelley2@huskers.unl.edu>
**Sent:** Sunday, April 17, 2022 3:12:16 PM
**To:** Leslie Shaver <lshaver@unl.edu>
**Subject:** Re: IEC Witness Participation Request (Shelley)

Hi,

I'm sorry, I don't really have anything further to add to the situation that hasn't already been said.

Thank you

Jaz

Get Outlook for iOS

---

**From:** Leslie Shaver <lshaver@unl.edu>
**Sent:** Thursday, April 14, 2022 2:43:15 PM
**To:** Jaz Shelley <jshelley2@huskers.unl.edu>
**Subject:** RE: IEC Witness Participation Request (Shelley)

Hi Jaz,

I just wanted to follow up on the letter you received last week.  Would you be willing to schedule a time to speak with me?  If so, please let me know a few times that work best for you.  I'm happy to meet with you in person, via Zoom, or speak on the phone, whichever you prefer.

Thanks,

Leslie

---

**From:** Emily Nealeigh <enealeigh2@unl.edu>
**Sent:** Wednesday, April 6, 2022 5:30 PM
**To:** Jaz Shelley <jshelley2@huskers.unl.edu>
**Cc:** Leslie Shaver <lshaver@unl.edu>
**Subject:** IEC Witness Participation Request (Shelley)

**On behalf of Leslie Shaver:**

Jaz, please find correspondence from Leslie Shaver attached. If you have questions, please contact Leslie.

Thank you,

Emily

**Emily Nealeigh**

*Office Associate*

University of Nebraska–Lincoln

Institutional Equity and Compliance

(402) 472-3417