# WOMEN'S BASKETBALL 2021-22

2021-22

View

## WOMEN'S BASKETBALL ROSTER

| # | NAME | HEIGHT | POSITION | CLASS | HOMETOWN | HIGH SCHOOL / PREVIOUS SCHOOL |
|---|---|---|---|---|---|---|
| 0 | Ashley Scoggin | 5-7 | Guard | Sophomore | Dallas, Ore. | Westview/Salt Lake City CC |
| 1 | Jaz Shelley | 5-9 | Guard | Sophomore | Moe, Australia | Berwick College/Oregon |
| 2 | Trinity Brady | 5-11 | Guard | Sophomore | Indianapolis, Ind. | Hamilton Heights (Tenn.) Christian Academy |
| 3 | Allison Weidner | 5-10 | Guard | Freshman | Humphrey, Neb. | Humphrey St. Francis |
| 4 | Sam Haiby | 5-9 | Guard | Junior | Moorhead, Minn. | Moorhead |
| 5 | MiCole Cayton | 5-9 | Guard | Graduate Student | Stockton, Calif. | St. Mary's HS/California |
| 10 | Whitney Brown | 5-8 | Guard | Freshman | Grand Island, Neb. | Grand Island Northwest |
| 11 | Ruby Porter | 5-10 | Guard | Freshman | Adelaide, Australia | Sturt Sabres/Adelaide Lightning |
| 14 | Bella Cravens | 6-3 | Forward | Junior | Laie, Hawaii | Maryknoll School/Eastern Washington |
| 15 | Kendall Moriarty | 6-1 | Guard | Freshman | Wheaton, Ill. | Benet Academy |
| 21 | Annika Stewart | 6-3 | Forward | Freshman | Plymouth, Minn. | Wayzata |
| 24 | Nailah Dillard | 5-9 | Guard/Forward | Sophomore | Sacramento, Calif. | Inderkum/Texas Tech |
| 32 | Kendall Coley | 6-2 | Forward/Guard | Freshman | Minneapolis, Minn. | St. Louis Park |
| 33 | Tatiana Popa | 6-5 | Center/Forward | Freshman | Parkersburg, W.Va. | Brewster Academy |
| 34 | Isabelle Bourne | 6-2 | Forward | Sophomore | Canberra, Australia | Australian Institute of Sport |
| 40 | Alexis Markowski | 6-3 | Center/Forward | Freshman | Lincoln, Neb. | Pius X |

EXHIBIT
116
4:24-cv-3039

## WOMEN'S BASKETBALL COACHING STAFF

| NAME | TITLE |
|---|---|
| Amy Williams | Head Coach |
| Chuck Love | Associate Head Coach |
| Tom Goehle | Assistant Coach |
| Tandem Mays | Assistant Coach |

## WOMEN'S BASKETBALL SUPPORT STAFF

| NAME | TITLE |
|---|---|
| Amanda Hart | General Manager |
| Alex Jardine | Women's Basketball Strength Coach |
| Logan Seiser | Video & Creative Content Coordinator |
| Jillian Hoistad | Office Associate |
| Ben Huver | Assistant Athletic Trainer (Women's Basketball) |