4:28

New iMessage

Cancel

To: Coach Amy Williams Nebraska

to stop by for sure!

Jan 10, 2022 at 7:53 AM

Hey Ash. What a tough gritty performance yesterday. How are you feeling this morning?

Hey coach! Just needed to win that one, we will get them though! Not as bad as yesterday morning, but still super sore. Going to see how it feels once I start treatment

Prolly going to take constant treatment and babying for a few weeks here. Make sure you are communicating clearly with how you are doing. I think it is a good sign that it is better than yesterday...hopefully it just keeps getting better each day...

Love you Ash. So glad you are a Husker.

Love you coach! It will, hoping it gets better each day! I think it will, just have to stay on top of it! So

iMessage

EXHIBIT
117
4:24-cv-3039

4:29

**New iMessage** Cancel

To: Coach Amy Williams Nebraska

Love you coach! It will, hoping it gets better each day! I think it will, just have to stay on top of it! So happy I'm a Husker!! ❤️

Jan 14, 2022 at 8:17 AM

How's your shoulder feeling? Does it seem to be getting better, or staying about the same?

It's getting a little better! Still have pain but not as bad as the first couple of days. Just have to keep taking care of it

Yes, keep taking care of it!

I'm glad it is getting better...

Yes! Hoping it keeps getting better!

Feb 2, 2022 at 8:19 PM

Hey! What time tomorrow are you coming into the office? I need to discuss some things with you and coach love

4:29

New iMessage Cancel

To: Coach Amy Williams Nebraska

Feb 2, 2022 at 8:19 PM

Hey! What time tomorrow are you coming into the office? I need to discuss some things with you and coach love

Feb 3, 2022 at 6:15 AM

Hey Ash. I have a strategic planning meeting at the stadium this morning here at 8:30. It is supposed to last until 1:30, but I am not staying for all of it on game day. I think I should be in my office around 10:30 or 11:00.

Okay, sounds good, I'll be there around that time 😊

Feb 18, 2022 at 1:34 PM

I was just contacted by Keith and they would like you and I to meet in Pat Logsdon's office at 4:15. Her office in in North stadium on the third floor

I'm heading over there now. Let

iMessage

4:29

New iMessage

Cancel

To: Coach Amy Williams Nebraska

I'm heading over there now. Let me know if you have any trouble finding her office up on the 3rd floor. It is my understanding that this is a necessary and important meeting.

I will be there at 4:15

Ok.

Do you need me to come meet you at the elevators

I went to the left of the elevators

On the 3rd floor?

Yes

Are you in north stadium?

Thought I went to the right place, unless I'm on the wrong side

Delivered

iMessage