

**Lloyd Williams**
lwbb4



## Lloyd Williams

lwbb4 · Instagram
351 followers · 42 posts
You follow each other on Instagram
You both follow char_love08 and 27 others

**View profile**

JUL 20, 8:25 AM

Reacted to your story




Only you can see



👏

❤️

**Lloyd Williams**
lwbb4

JUL 20, 8:25 AM

Reacted to your story




Only you can see

👏

❤️

SEP 24, 9:07 PM

Reacted to your story



Only you can see

🔥

❤️

Lloyd Williams
lwbb4



🔥 ❤️

SEP 24, 11:14 PM

😊😊

SEP 30, 12:07 PM

You replied to their story

LETS GOOOO

That's what I keep saying 😉

OCT 8, 3:00 PM

Reacted to your story




Only you can see this

Lloyd Williams
lwbb4

OCT 8, 3:00 PM

Reacted to your story



Only you can see this

🔥

OCT 19, 3:21 PM

Reacted to your story



Only you can see

🔥
❤️

OCT 19, 10:41 PM

Lloyd Williams
lwbb4



Only you can see

🔥

❤️

OCT 19, 10:41 PM

YESSIRRR

❤️

NOV 22, 2:02 PM

Reacted to your story



Only you can see this

🔥