# NEBRASKA'S NCAA TOURNAMENT TEAMS

- 2025 - NCAA 1st Round (Lost to Louisville, 63-58, Fort Worth, Texas)
- 2024 - NCAA 2nd Round (Def. Texas A&M, 61-59, Lost at Oregon State, 61-51, Corvallis, Ore.)
- 2022 - NCAA 1st Round (Lost to Gonzaga, 68-55, Louisville, Ky.)
- 2018 - NCAA 1st Round (Lost to Arizona State, 73-62, Austin, Texas)
- 2015 - NCAA 1st Round (Lost to Syracuse, 72-69, Columbia, S.C.)
- 2014 - NCAA 2nd Round (Def. Fresno State, 74-55, Lost to BYU, 80-76, Los Angeles, Calif.)
- 2013 - NCAA Sweet 16 (Def. Chattanooga, 73-59, Def. Texas A&M, 74-63, College Station, Texas) (Lost to Duke, 53-45, Norfolk, Va.)
- 2012 - NCAA 1st Round (Lost to Kansas, 57-49, Little Rock, Ark.)
- 2010 - NCAA Sweet 16 (Def. Northern Iowa, 83-44, Def. UCLA, 83-70, Minneapolis, Minn.) (Lost to Kentucky, 76-67, Kansas City, Mo.)
- 2008 - NCAA 2nd Round (Def. Xavier, 61-58, Lost at Maryland, 76-64, College Park, Md.)
- 2007 - NCAA 1st Round (Lost to Temple, 64-61, Raleigh, N.C.)
- 2000 - NCAA 1st Round (Lost to Boston College, 93-76, Charlottesville, Va.)
- 1999 - NCAA 1st Round (Lost to Kentucky, 98-92, Los Angeles, Calif.)
- 1998 - NCAA 2nd Round (Def. New Mexico, 76-59, Lost at Old Dominion, 75-60, Norfolk, Va.)
- 1996 - NCAA 1st Round (Lost to Colorado State, 66-62, Palo Alto, Calif.)
- 1993 - NCAA 2nd Round (Def. San Diego, 81-58, Lincoln.; Lost at USC, 78-60, Los Angeles)
- 1988 - NCAA 1st Round (Lost at USC, 100-82, Los Angeles)

For complete season-by-season rosters, results and statistics for each Husker team in history, click on the following link:

- Nebraska's All-Time Rosters, Results & Stats

EXHIBIT
126
4:24-cv-3039