**From:** Stacia Palser
**Sent:** Wednesday, June 23, 2021 7:46 PM
**To:** Paul Kenney; Ted Carter
**Cc:** Jayne Sutton; Shelley Harrold; Melissa Lee; Phil Bakken; Angela Dibbert
**Subject:** June 25th Board Meeting - Script
**Attachments:** Chair Script - June 25.doc [Read-Only] [Compatibility Mode].doc

Regent Kenney and President Carter,

Good evening! Attached is a copy of the script for Friday's Board of Regents meeting. As of this afternoon, we do not have any public speakers – if we receive any requests prior to tomorrow morning's deadline, I will revise the script accordingly and resend. Otherwise, if you have questions or any suggested edits, please let me know!

Thank you!
Stacia

---

**Stacia Palser**
*Interim Corporation Secretary*
*Deputy General Counsel*
University of Nebraska
3835 Holdrege Street, 232 Varner Hall
Lincoln, NE 68583-0745
Office: (402) 472-1201
slpalser@nebraska.edu

This message and any attachments are confidential, may contain privileged information, and are intended solely for the recipient(s) named above. If you are not the intended recipient, or a person responsible for delivery to the named recipient, any review, distribution, dissemination or copying by you is prohibited. If you have received this message in error, you should notify the sender by return e-mail and delete the message from your computer system and destroy any copies in any form.

EXHIBIT
149
4:24-cv-3039

Updated June 23, 2021, 7:45 p.m.

**AGENDA**
**THE BOARD OF REGENTS**
**OF THE UNIVERSITY OF NEBRASKA**
**Varner Hall, 3835 Holdrege Street**
**Lincoln, Nebraska 68583-0745**
**Friday, June 25, 2021, 9:00 a.m.**

## I. CALL TO ORDER

## II. ROLL CALL

*Regent Kenney*: I'd like to call to order the June 25, 2021, meeting of the Board of Regents. Roll call, please.

**Corporation Secretary: A quorum is present.**

## III. APPROVAL OF MINUTES AND RATIFICATION OF ACTIONS TAKEN ON MAY 1, 2021

*Regent Kenney*: In your materials you have a copy of the minutes from the meeting on May 1, 2021. I'd entertain a motion for approval. Are there any corrections to the minutes? Roll call, please.

*After the vote, Regent Kenney:* In compliance with the Nebraska Open Meetings Act, the Board has posted a copy of the Act on the south wall of the Board Room behind the seating area for the press.

## IV. PRESENTATIONS

*Regent Kenney*: It is now my distinct honor to introduce the Governor of the great state of Nebraska, Pete Ricketts.

Governor Ricketts was sworn in as Nebraska's 40th Governor on January 8, 2015 and re-elected to a second term in November 2018.

Over the past six years, Governor Ricketts has worked with the Nebraska Legislature to deliver over $1.5 billion in direct property tax relief, reduce the rate of state spending growth, cut unnecessary red tape to bolster Nebraska's business-friendly climate, expand international markets for Nebraska's farmers and ranchers, and create new workforce and talent development programs with Nebraska's education community.

Thanks in part to Governor Ricketts leadership, Nebraska won the Governor's Cup for the most economic development projects per capita three years in a row from 2016-2018.

Prior to being elected in 2014, Governor Ricketts held numerous senior leadership positions including President and Chief Operating Officer at Ameritrade, a Fortune 1000 company in Omaha. Governor Ricketts also was the founder of Drakon, LLC, a firm that worked to support and invest in Nebraska entrepreneurs and startup companies.

Governor Ricketts and his wife, First Lady Susanne Shore, have been married for 23 years and live in Omaha. They have three children: Roscoe, Margot, and Eleanor.

Governor, it is truly an honor to have you join the University of Nebraska Board of Regents and administration today, to share your perspective on Nebraska's continued success and opportunities for growth moving forward.

This is the first time anyone can recollect that a sitting Governor has addressed the University's Board of Regents at an official meeting in the spirit of continued partnership.

Please join me in welcoming Governor Pete Ricketts.

[Governor Ricketts presents]

*President Carter:* Governor Ricketts, thank you for comments, and thank you again for your willingness to join our Board meeting this morning.

- As Chairman Kenney mentioned, the fact that you are here is indeed a signal of our strong partnership. I've appreciated getting to know you and Susanne over the past 18 months and having the opportunity to work closely together on areas of common interest.

- Our collaborations on student access and workforce development stand out in my mind as real wins for Nebraska's young people and our future economic growth. The Nebraska Career Scholarships are a game-changer for students. We are already hearing examples of students coming back to Nebraska to pursue

their education because of the scholarships – exactly the kind of success stories we had in mind.

- And of course, your support of our appropriations request this year has paved the way for the tuition freeze that the Board will formally consider later this morning. Your support of our deferred maintenance proposal is part of a historic effort by the University of Nebraska to ultimately become self-sustaining with our building renewal and renewal. I don't know of many partnerships like this anywhere else in the country and I am so proud that we are able to deliver this win for our students and faculty, as well as Nebraska taxpayers.

- Finally, with your leadership we were one of the first universities in the country to declare our plans to re-open after our COVID closedown. We did so safely, successfully and even as many other institutions remained closed. In fact we LED the Big Ten in in-person education in the fall. I think our boldness played a major role in our enrollment growth this year and I thank you for your support as we safely returned students to the classroom.

- Governor, thank you again for being here, and we look forward to continuing to support your goal to Grow Nebraska.

**INTRODUCE NEW STUDENT REGENTS AND FACULTY SENATE REPRESENTATIVES**

*Regent Kenney*: Although our new Student Regents were with us at the special meeting held on May 1st, we'd like to take a moment this morning to formally welcome them to the Board.

**Noah Limbach (LIM-bock)** is a pre-physical therapy student studying exercise science with a health sciences minor. A UNK junior, he serves as Student Body President and Student Regent, President of the Exercise Science Club, and Vice President of Recruitment for the Sigma Phi Epsilon fraternity. He is also a Chancellor's Ambassador and Thompson Scholar, and is a member of Volunteers Around the World, Greeks Advocating for the Mature Management of Alcohol, and Order of Omega honor society. Noah has been recognized as recipient of the 2021 Sigma Phi Epsilon Frank J. Ruck Leadership Award; 2020 homecoming king finalist; Thompson Scholars Learning Community 2019-20 Outstanding Student of the Year; Sigma Phi Epsilon Sound Body Member of the Year in 2020; and Sigma Phi Epsilon Member of the Semester in fall 2019. In the community, he serves as a

volunteer track coach at Kearney High School, Skills for Success mentor and TOPSoccer volunteer, along with involvement in other organizations.

**Batool Ibrahim (E-bra-heem),** is a senior political science and global studies major attending the University of Nebraska-Lincoln. Batool graduated from Lincoln Northeast High School and was raised in Lincoln, Nebraska. She has been involved in ASUN Student Government this past year as the Senator for the College of Arts and Sciences and the co-chair for the Campus Life and Safety committee before taking on the role of Student Regent and ASUN President. Batool has a passion for improving diversity, equity, and inclusion and has focused on changing academic and campus climate to improve the experience of marginalized students. She has worked on the COVID-19 community relief initiative that was awarded a $20,000 grant to supply the Lincoln and Omaha community with wellness items, and other family needs. Batool is a Nebraska Achievement Scholar, an Emerging Leader Scholar, and a TRIO Student Scholar.

**Taylor Kratochvil (KRAT-o-vil)**, is a fourth-year medical student at the University of Nebraska Medical Center. He is from Omaha, Nebraska and graduated from Gonzaga University in 2016 with a Bachelor of Science degree in Biology and a minor in Spanish. After graduation, he worked in UNMC's Clinical Simulation Lab earning his Master of Science degree in Medical Anatomy from UNMC. In his years as a medical student, Taylor has become active in health policy and advocacy, serving as President of UNMC Student Delegates from 2018-2019, member of the Metro Omaha Medical Society Board of Directors from 2018-2021, and is an active member in the American Medical Association. His research interests include pediatric developmental diseases, medical education, and asset based community development. He currently serves as President of the College of Medicine Class of 2022 and plans to pursue a residency in pediatrics.

**Maeve Hemmer,** is a Regent Scholar and current sophomore majoring in Political Science and minoring in Human Rights and Leadership and Public Policy. She aspires to be a civil rights lawyer someday with a dream of working for the Southern Poverty Law Center. Toward realizing these future aspirations, she has served in Student Government for two years – first serving as a First Year Ambassador for the Freshman Leadership Council, and then, as Director of Diversity, Equity, and Inclusion on the Executive Council. Through her time in

Student Government, Maeve advocated for expanding accessibility to Hate and Bias Reporting Information, improving inclusivity for systems-impacted students on campus, ensuring equity and inclusion in the student activities budgeting process, and maximizing campus civic engagement.

*Regent Kenney:* A very warm welcome to our Student Regents. The voice and presence of our Student Regents on this Board is invaluable. We are so very glad to have you here. President Carter, as I look across the room, I also see some new faces, sitting our Faculty Senate Presidents' table. Would you be so kind as to introduce these individuals?

*President Carter:* Thank you Regent Kenney. I have the privilege of introducing the distinguished faculty who are assuming important leadership roles at the University as our new Faculty Senate Presidents.

**Ben Malczyk (MALL-check)** is an Associate Professor who joined the University of Nebraska at Kearney Social Work Department in 2015. Ben completed his graduate work at the University at Albany, State University of New York, where he earned a PhD in Social Welfare, an Masters of Social Work and a graduate certificate in online teaching. He received his Bachelor's degree in marriage, family and human development from Brigham Young University. Ben has conducted research and participated in policy work related to schools in high risk neighborhoods. Ben's primary research interests include familial influences on adolescent behavior and wellbeing, competency-based education, and online education as a means of achieving social justice. Ben has taught Social Work with Organizations and Communities, Introduction to Social Welfare, Social Policy and Programs, Diversity and Social Justice, and Social Media, Digital Activism and eCitizenship.

**Steve Kolbe (Colby)** is an Associate Professor of Virtual Production, Interactive Media, and Cinematic Arts at the University of Nebraska-Lincoln. He has 20 years of experience in the film, television, and games industries as a 3D artist, department head, CG supervisor, and director. He came to the university 12 years ago, tasked with the role of building the foundation for an undergraduate focus in digital art for new media – animation, visual effects, virtual reality, and games. That foundation has now grown into the proposal and creation of the new Johnny Carson Center for Emerging Media Arts. Kolbe's credits include the Oscar nominated film, Jimmy Neutron: Boy Genius

and the subsequent television series and Kung Fu Panda; Secrets of the Furious Five. In 2010, while working at UNL, Kolbe won an Emmy Award while serving as Technical Director for the Back at the Barnyard television series. His research endeavors are currently centered around VR / AR experiences, leaning more towards training, medical applications, athletics, and group dynamics.

**Aaron Mohs (Moze)** is an associate professor in the Department of Pharmaceutical Sciences, is a member of the Fred & Pamela Buffett Cancer Center, and shares a courtesy appointment in Biochemistry and Molecular Biology at the University of Nebraska Medical Center. Dr. Mohs received his Bachelor of Arts in Chemistry from St. John's University/College of St. Benedict and received his Ph.D. in Pharmaceutics and Pharmaceutical Chemistry from the University of Utah. Dr. Mohs then completed his postdoctoral fellowship in the joint Emory-Georgia Tech Department of Biomedical Engineering, as an Emory-GT Center for Cancer Nanotechnology Excellence Distinguished Fellow. Dr. Mohs has an active, collaborative research program on the development of fluorescent probes to guide the surgical resection of tumors. More recently, his group has developed fluorescent sensor array technology that can rapidly detect and identify bacterial pathogens. Dr. Mohs teaches pharmaceutical sciences in the PharmD and PhD programs. Dr. Mohs recently served as the Director of the Pharmaceutical Sciences Graduate Program and actively serves on several College and University committees. Prior to joining UNMC in 2015, Dr. Mohs was an assistant professor of Biomedical Engineering in the Wake Forest – Virginia Tech School of Biomedical Engineering and Sciences. Outside of the lab, Dr. Mohs enjoys spending time with his family and playing golf.

Finally, we welcome **Elizabeth Wessling.** Liz grew up in a military family with her father serving in the US Air Force. She was born in Marion, SC, but never lived there. Instead, she grew up moving to different states up and down the east coast and for a little while in Italy. Once her family moved to Offutt, the moves settled, and she was able to go to high school and college in one place. She has been blissfully married to her husband, Willie, for over 20 years and they have three amazing children: Lindsey (16), Daniel (14), and Matthew (12). All of her degrees are from UNO. Liz earned a BS in Secondary Education with endorsements in Mathematics and French in 1996, a Masters of Arts for Teachers of Mathematics in 2001, and an Education Doctorate in

Educational Leadership in 2016. She has been teaching for 25 years: in a parochial grade school, public middle and high schools, and now at UNO. She is currently a lecturer at the College of Business in the Marketing and Entrepreneurship Department. For fun, Liz enjoys spending time with her family, camping, riding bikes, playing board games, and watching movies.

Welcome to you all. We look forward to getting to know you better and appreciate your contributions to the University.

## V. KUDOS

*Regent Kenney:* At the beginning of each Board of Regents meeting we take time to recognize those persons who all too often don't receive the recognition they deserve. The Board of Regents believes that it is vitally important that we acknowledge your commitment, as well as your contributions to the University. To have been nominated by either a supervisor or a fellow worker is an honor in and of itself**.**

As the KUDOS recipients are announced, please come to the podium and join the Regent making the presentation. Following each presentation, we will take pictures that will appear on our website. The President, Chancellor, recipient's family and supporters will be a part of the photo.

The first KUDOS recipient is **Michael Christen** from the University of Nebraska at Kearney, and the award will be presented by Regent Pillen.

[Regent Pillen presents]

Congratulations, Michael.

Regent Hemmer will present the KUDOS award to **Scott Kurz (rhymes with "hers")** from the University of Nebraska-Lincoln.

[Regent Hemmer presents]

Congratulations, Scott.

Regent Stark will present the KUDOS award to **Juli Bohnenkamp (Boe-nen-kamp)** from the University of Nebraska-Lincoln.

[Regent Stark presents]

Congratulations, Juli.

**Sarah Weil (While),** from the University of Nebraska at Omaha, is our final recipient and the award will be presented by Regent Kratochvil.

[Regent Kratochvil presents]

Congratulations, Sarah.

## VI. RESOLUTION OF RECOGNITION

*Regent Kenney:* As you all know too well, here at the end of June, Susan Fritz will step down as Executive Vice President and Provost of the University of Nebraska. Today is her last Board of Regents meeting as Executive Vice President and Provost. I have asked Regent Weitz to offer up a resolution on behalf of the Board in gratitude and in recognition of Susan's contribution and service to the University of Nebraska. Regent Weitz….

(After Regent Weitz reads the resolution, a photo will be taken of President Carter, Chairman Kenney and any random photo bombers that may jump in.)

*Regent Kenney:* If there is no objection, I suggest that this resolution be adopted by acclamation. [Pause for comments] Hearing no objections, it is so adopted.

*Regent Kenney: [Dismiss our Guests]* While our Kudos guests are most welcome to stay and observe the balance of our business meeting, if you wish to leave, we take no offense, and you may do so at this time. Thanks for coming.

## VII. HEARINGS

## VIII. PRESIDENT'S REMARKS

*Regent Kenney:* I'll now turn it over to President Carter to provide some remarks.

*President Carter:* Thank you, Mr. Chairman.

- Moment of reflection as we close out this fiscal year and prepare for the next…

- I know I can't claim the "new guy" status anymore, but 18 months into my time here, I know I'm exactly where I'm supposed to be – and I am filled with ENERGY and OPTIMISM about the future of the University of Nebraska.

- As we emerge from COVID – we are in a position of STRENGTH – a great credit to the people in this room. The chancellors, vice presidents, the Board to include our student regents. And I want to specifically lift up the four colleagues sitting across from me – the faculty senate presidents… The leadership, resolve and dedication by our faculty is what has sustained the excellence of our University even through unprecedented challenges.

- Let me give you a few highlights that give you just a taste of our momentum…

- First I want to quickly mention that we are welcoming some new faces into key leadership positions across our system. It is always bittersweet to say good-bye to long-serving colleagues. Fortunately we have been able to fill our openings with outstanding talent:

  - Dr. Joanne Li – who will assume the UNO chancellorship in 6 days. Jo is neck-deep in transition work as chancellor-elect and we are so thrilled to have her on board.

  - Stacia Palser will become our general counsel.

  - Filling in for Stacia in the corporation secretary's role will be Phil Bakken.

  - Dr. Jeff Gold will succeed Susan Fritz as executive vice president and provost.

- Second, we are GROWING – in every sense of the word.

  - Enrollment growth at a time when many other institutions declined – the result of our investment in students, especially the Nebraska Promise, which helped drive growth among underrepresented students.

  - Growth in research – just announced this week that we are ranked among the best in the world at bringing the innovations of our faculty to the marketplace – a fitting recognition for the entrepreneurial work of our faculty in areas like agriculture, medicine, and engineering.

- We are growing physically – Kiewit Hall groundbreaking on Monday where we will educate future generations of engineers; Munroe-Meyer Institute dedication; Discovery Hall at UNK, the very exciting Kayser Hall renovation at UNO which we will speak to in more detail later – and I could give you so many more examples.

  - The connective thread is that these efforts are made possible by public-private partnerships… When the wisdom of our elected leaders comes together with the generosity of our philanthropic community, anything is possible.

- We are OPEN for business – becoming one of the first universities in the country last spring to declare our plans to safely return students and faculty to campus. We were innovative and flexible in delivering the kind of education that our students expect and deserve.

  - In fact, let me give you a statistic that our CIO Bret Blackman just shared with me… In 2020 alone, we upgraded the technology in over FOUR HUNDRED classrooms at UNK, UNO and UNO to allow our faculty to simultaneously connect with students in-person and remotely.

  - This technology is all about giving faculty as many tools as possible. We expect this will benefit us well into the future as we think

about how to make classes and campus events available to broader audiences. Just one example of the quick and creative work that Bret, Dr. Jaci Lindburg and their team did to help us adapt.

- And the chancellors and their teams are hard at work preparing for a return to more normal operations this fall. We are so excited to welcome back all the things that make university life great… artistic performances and events and full classrooms and so on… and we can't stress enough that VACCINATION is the path to normalcy.

- If you haven't been vaccinated yet, we highly encourage you to do so… and in fact, if you're part of the UNL community, Chancellor Green just announced some very enticing prizes for those who get their shots… including a year's worth of tuition and trip to Ireland for the 2022 Northwestern game!

- Finally, let me spend a few moments talking about the budget proposal that will come before you later in your agenda.

- It is often said that a budget is more than numbers on a spreadsheet, it's a statement of an organization's priorities.

- This budget is a statement of the University of Nebraska's priorities. Students, faculty, and infrastructure. It is a statement of strength, discipline and good planning.

- With this budget, we are showing Nebraskans that we have built a plan and we are sticking to it. We're doing what we said we were going to do.
- Let me highlight the key elements...

    - One of the things we're most excited about – an across-the-board tuition freeze, made possible by the Legislature and Governor's approval of our modest state funding request.

    - My commitment to our elected leaders is that the University of Nebraska will not ask for a penny more in state dollars than we absolutely need. We are grateful for the state's support this year. The University of Nebraska will continue to be one of the most affordable institutions in our peer groups.

    - We will continue our investment in financial aid, including the Nebraska Promise, which created access for 1,000 additional low- and middle-income Nebraskans this year. A powerful statement to Nebraska families that higher education IS within reach.

- We will take care of our faculty. For too long UNL and UNMC faculty salaries have lagged behind their peers, and we have been unable to close the gap. That has serious consequences when it comes to recruiting and retaining top talent. Our faculty are among the best in the world at what they do and they deserve to be compensated appropriately. Our budget includes a 1.5% merit pool, with plans for a 3% merit pool next year, AND an additional $6 million to address inequities.

- And in accordance with our deferred maintenance plan that we built with Senator Stinner, we will begin investing in building renewal and repair projects across our campuses.

  - Want to again take this opportunity to publicly thank Chairman Stinner for his leadership on this effort. University buildings are valuable state assets and thanks to our partnership with elected leaders, we will be able to ensure that these facilities are suited for 21st-century teaching and learning.

  - Last month we took $400 million worth of bonds to the market and had an extraordinary response... Twice as many orders as bonds available. That strong demand allowed us to lock in a historically low interest rate of 2.99% - which we

project will deliver $1.5 BILLION in savings to Nebraska taxpayers.

    - We are putting the funds to immediate use. The Kayser Hall renovation I mentioned earlier is our first project out of the gate, and others will come to you as chancellors finalize their plans. We expect those will include Architecture Hall and the music building at UNL, the College of Allied Health Professions building and nursing facilities at UNMC, the Ryan Library at UNK and others.

- Want to be clear about how we're able to make these kinds of strategic investments. Last year the chancellors and I, as we thought about our long-term plans, made a deliberate decision to concentrate our limited resources where they would make the greatest impact.

- We knew we had to address the immediate challenges presented by COVID-19 while also not losing sight of our priorities. So we imposed on ourselves a three-year, $43 million reallocation process.

  - It hasn't been easy... We have had to make tough decisions, just like any Nebraska family or business. We have had to be very disciplined in our spending.

  - But frankly in some cases we have found ways to do business more effectively and more efficiently. Here's another example from our IT shop. For the first time in the history of the internet at the University of Nebraska, our information technology team has implemented a new unified network that is improving scale, speed and security for students and faculty across the university.

  - Because we have been able to take advantage of the scale provided by the OneIT structure, this new unified network gives us TWENTY-ONE MILLION DOLLARS in contract savings. And that's not including other efficiencies we are achieving in contracts for things like our network, laptops and classroom technology.

  - Kudos to ITS for truly being a model in how scale can bring us not only fiscal savings, but also improved services to our faculty and students.

- Ultimately our reallocation process will allow us to focus on our priorities: our students, faculty and our infrastructure.

- I want to comment on one line in the budget that you will vote on – $12 million for "campus investments." Last year as we built our plan we projected enrollment declines that we knew we would have to compensate for.

- While we did see declines in some areas – for example, international enrollment, as you would expect – the excellent work of our chancellors led to overall GROWTH that put us in a stronger position than we initially anticipated.

- Those funds rightfully are going back to the chancellors to invest in local priorities. For example, I know we have plans to invest in cybersecurity, student recruitment and other areas. We're pleased that chancellors will have this additional degree of flexibility and I have full confidence they will direct their investments in areas that will move us forward.

- With that, Mr. Chairman, I would conclude by saying thank-you to the Board for the strategic vision you have provided. We are on an exciting trajectory with much more to come...

*Regent Kenney:* Thank you, President Carter. And thank you for your leadership over the past year.

**IX. PUBLIC COMMENT**

*Regent Kenney:* The Standing Rules of the Board provide that any person or persons may appear and address the Board of Regents on items that are NOT on the agenda, if an individual provides the corporation secretary with 24 hours' notice. The corporation secretary did not receive any requests to speak on items NOT on the agenda at this meeting.

*Regent Kenney:* The Standing Rules further provide that anyone desiring to speak concerning any item on the agenda for this meeting, regardless of notice,

may do so. Each person or persons so wishing to speak will be given up to five minutes to make remarks. Public comment will be limited to a period of 30 minutes.

Is there anyone who would like to address the Board on a topic that is part of today's agenda? [If so, please come forward, identify yourself and complete the sign-in sheet before you leave. You will have five minutes to address the Board.

*Regent Kenney:* There being no [other] persons wishing to comment, I now declare the opportunity for public comment closed.

*Regent Kenney:* It is now time to consider the Consent Agenda. The Consent Agenda, as is indicated by its name, is moved and voted on as a group of action items, as opposed to the Administrative Agenda, where items are considered and discussed individually.

With that said, unless one of my colleagues on the Board wishes to consider any of these items in the administrative agenda, I would invite a motion to approve this consent agenda. Second?

**X. UNIVERSITY CONSENT AGENDA**

**A. ACADEMIC AFFAIRS**

University of Nebraska

1. President's Personnel Recommendations, Addendum X-A-1
2. Approve the academic program reviews report required by the Nebraska Coordinating Commission for Postsecondary Education (NCCPE) and approve forwarding of the program review reports to the NCCPE, Addendum X-A-2

University of Nebraska at Kearney

3. Approve the monitoring report on the August 3, 2018 Action Plan for the Bachelor of Arts (BA) degree in Philosophy at the University of Nebraska at Kearney (UNK) and forward the report to the Nebraska Coordinating Commission for Postsecondary Education (NCCPE), Addendum X-A-3
4. Approve the monitoring report on the Bachelor of Science (BS) degree in Interior Design Comprehensive at the University of Nebraska at Kearney (UNK) and forward the report to the Nebraska Coordinating Commission for Postsecondary

Education (NCCPE), Addendum X-A-4

University of Nebraska at Omaha

5. Approval is requested to continue the Bachelor of Science (BS) in Black Studies at the University of Nebraska at Omaha (UNO) and to forward the associated review report and monitoring plan to the Nebraska Coordinating Commission for Postsecondary Education (NCCPE), Addendum X-A-5

**B. BUSINESS AND FINANCE**

University of Nebraska

1. Authorize the Vice President for Business and Finance to approve the amended University of Nebraska Group Health, General Risk-Loss, and Reimbursement Trust Fund Agreements between the Board of Regents of the University of Nebraska and Wells Fargo Bank, Addendum X-B-1

University of Nebraska Medical Center

2. Approve the NExT pilot project, subject to Board of Regents policies, federal state, and local government approvals needed to complete the project and subject to obtaining the funding, financing, and donations needed for the project, and approve the submission of an application by the University of Nebraska for matching funds from the State of Nebraska under the Nebraska Transformational Projects Act, Addendum X-B-2

University of Nebraska at Omaha

1. Extend the Scott Campus at the University of Nebraska at Omaha (UNO) to include all UNO's property south of Pacific Street, Addendum X-B-3

*Regent Kenney:* I would now ask President Carter to guide us through the Administrative Agenda. [The President explains each item; then the Chair asks for a motion; second; discussion; and finally "call the roll."]

**XI. UNIVERSITY ADMINISTRATIVE AGENDA**

**A. ACADEMIC AFFAIRS**

University of Nebraska

1. Approve the establishment of RP-3.3.15 of the Policies of the Board of Regents related to the University-wide Consensual Relationships Policy, Addendum XI-A-1

COMMENTS:

- Approval is requested to establish a University-wide Consensual Relationships Policy. This policy is intended to address and reduce the risks of conflicts, misperceptions, and claims that may arise out of consensual romantic relationships between faculty or staff members and students, as well as those that may arise out of consensual romantic relationships between a supervisor or evaluator and a subordinate. This proposed policy prohibits faculty members from engaging in any romantic relationship with an undergraduate student, regardless of whether the faculty member has any supervisory or evaluative authority over that student.

- Similarly, it prohibits faculty and staff members from engaging in any romantic relationship with a graduate or professional student within their same academic unit, as well as with any graduate or professional student over whom they currently have or might reasonably be expected to have any direct or indirect supervisory or evaluative authority. Additionally, it prohibits other academic staff members from having any institutional responsibilities over any students, both undergraduate and graduate/ professional, with whom they currently have, or previously had, a romantic relationship.

- Finally, the policy prohibits faculty, staff, and other academic staff members from exercising direct or indirect supervisory or evaluative authority over any employee or student with whom they currently have, or previously had, a romantic relationship.

- Recognizing that romantic relationships will inevitably develop in some circumstances, the policy provides that such relationships are properly reported, there is an opportunity to develop a conflict management plan that would eliminate any supervisory or evaluative authority between the parties. This proposal has been reviewed our Faculty Senates, the Council of Academic Officers, and the Academic Affairs Committee.

*Regent Kenney:* Is there a motion to approve item 11-A-1? Second? Is there any

discussion? Roll call, please.

2. Approve to amend the University of Nebraska Four-Year Graduation Guarantee, Addendum XI-A-2

COMMENTS:

- Approval is requested to amend the University of Nebraska Four-Year Graduation Guarantee. The amended guarantee outlines student and campus obligations designed to ensure undergraduate students are able to graduate in a timely fashion. If a first-time freshman student enrolls at a given University of Nebraska campus and continues to fulfill the requirements detailed in the guarantee, the university guarantees the student will be able to enroll in courses that permit graduation within four years. If that is not possible, the university will provide alternatives or substitutions. If a student fulfills the guarantee's requirements and isn't able to graduate in four years, the university will cover 100% of tuition for any additional course(s) needed to graduate. These amendments have been reviewed by the Council of Chief Academic Officers and the Academic Affairs Committee. I recommend it for your approval.

*Regent Kenney:* Is there a motion to approve item 11-A-2? Second? Is there any discussion? Roll call, please.

University of Nebraska-Lincoln

3. Approval to eliminate the Bachelor of Arts (BA) in Hospitality, Restaurant and Tourism Management in the College of Agricultural Sciences and Natural Resources at the University of Nebraska-Lincoln (UNL), Addendum XI-A-3

COMMENTS

- Approval is requested to eliminate the Bachelor of Arts (BA) in Hospitality, Restaurant and Tourism Management in the College of Agricultural Sciences and Natural Resources (CASNR) at the University of Nebraska-Lincoln. The Hospitality, Restaurant and Tourism Management (HRTM) degree program in the CASNR is duplicative of the university's HRTM degree program offered by the College of Education and Human Sciences (CEHS). There are

27 students enrolled in the CASNR major; these students will continue the program in CASNR without any changes in their degree program. No new students will be enrolled in the CASNR degree program. Eliminating the degree within CASNR will allow for a more unified HRTM program that provides a better student experience. The elimination contributes towards the Institute of Agriculture and Natural Resource's 2020 budget reductions. No net savings to UNL, however, IANR will net $22,706 in annual salary savings for a 0.5FTE staff position shifted to CEHS. This proposal has been reviewed by the Council of Academic Officers and the Academic Affairs Committee. I recommend it for your approval.

*Regent Kenney:* Is there a motion to approve item 11-A-3? Second? Is there any discussion? Roll call, please.

4. Approval to eliminate the Leadership Undergraduate Certificate in the Department of Agricultural Leadership, Education and Communication in the College of Agricultural Sciences and Natural Resources at the University of Nebraska-Lincoln (UNL), Addendum XI-A-4
5. Approval to eliminate the Legal Studies Undergraduate Certificate in the Department of Agricultural Economics in the College of Agricultural Sciences and Natural Resources at the University of Nebraska-Lincoln (UNL), Addendum XI-A-5
6. Approval to eliminate the Nebraska Beef Industry Scholars Undergraduate Certificate in the Department of Animal Science in the College of Agricultural Sciences and Natural Resources at the University of Nebraska-Lincoln (UNL), Addendum XI-A-6

COMMENTS

- Mr. Chairman, with your approval, I would like to address the next three items together. Items 11-A-4, 11-A-5 and 11-A-6 are eliminations of undergraduate certificates in the College of Agricultural Sciences and Natural Resources (CASNR) at the University of Nebraska-Lincoln. There is no student demand for the Leadership Undergraduate Certificate administered by the Department of Agricultural Leadership, Education and Communication, the Legal Studies Undergraduate Certificate

offered by the Department of Agricultural Economics, and the Nebraska Beef Industry Scholars Undergraduate Certificate administered by the Department of Animal Science. Despite the elimination of the leadership undergraduate certificate, leadership courses and experiences remain available to UNL students through coursework and co-curricular experiences throughout the campus. The UNL Nebraska Beef Industry Scholars undergraduate certificate has been replaced by a Nebraska Beef Industry Scholars minor associated with the Bachelor of Science in Animal Science; this is curriculum clean-up. Coursework for two of these certificates is part of other degree offerings; there will be no savings associated with these eliminations. These proposed eliminations have been reviewed by the Council of Academic Officers and the Academic Affairs Committee. I recommend them for your approval.

*Regent Kenney:* Unless there is an objection, we will vote on items 11-A-4, 11-A-5 and 11-A-6 together. Is there a motion to approve items 11-A-4, 11-A-5, and 11-A-6? Second? Is there any discussion? Roll call, please.

7. Approval to create a Bachelor of Fine Arts in Acting in the Johnny Carson School of Theatre and Film in the Hixson-Lied College of Fine and Performing Arts at the University of Nebraska-Lincoln (UNL), Addendum XI-A-7

COMMENTS

- Approval is requested to create a Bachelor of Fine Arts in Acting in the Johnny Carson School of Theatre and Film in the Hixson-Lied College of Fine and Performing Arts at the University of Nebraska-Lincoln. The proposed Bachelor of Fine Arts in Acting (BFA) will significantly augment the current offerings by educating and engaging the individual artist through immersion in a sequence of in-depth experiential learning practices developed to prepare the student for a career in theatre, film and new media. Upon approval, UNL will cease enrolling students in the Bachelor of Arts in Theatre, Performance Option, and allow current students to complete their program of study or convert to the new major. This proposed degree program has

been reviewed by the Council of Academic Officers and the Academic Affairs Committee. I recommend it for your approval.

*Regent Kenney:* Is there a motion to approve item 11-A-7? Second? Is there any discussion? Roll call, please.

University of Nebraska at Omaha

8. Approval to create a Master of Arts (MA) in History and Government in the Department of History and Department of Political Science in the College of Arts and Sciences at the University of Nebraska at Omaha (UNO), Addendum XI-A-8

COMMENTS

- Approval is requested to create a Master of Arts (MA) in History and Government in the Departments of History and Department of Political Science in the College of Arts and Sciences at the University of Nebraska at Omaha. The proposed program will better address the needs of secondary social studies teachers who may need to teach dual enrollment college courses in history and government. The departments have worked to integrate their individual government and history 18-credit hour certificates into a fully online or in-person/online (hybrid) 36-credit hour Master's degree. Credits earned towards either graduate certificate will apply towards the proposed program. This proposed degree program has been reviewed by the Council of Academic Officers and the Academic Affairs Committee. I recommend it for your approval.

*Regent Kenney:* Is there a motion to approve item 11-A-8? Second? Is there any discussion? Roll call, please.

B. **BUSINESS AND FINANCE**

University of Nebraska

1. Approve the Fund B, University Program and Facilities Fee (UPFF) 2021-22 Allocation for the University of Nebraska at Kearney, Addendum XI-B-1
2. Approve the Fund B University Program and Facilities Fees (UPFF) 2021-22 Allocation for the University of Nebraska-Lincoln, Addendum XI-B-2

3. Approve the Fund B, University Program and Facilities Fee (UPFF) 2021-22 Allocation for the University of Nebraska Medical Center, Addendum XI-B-3
4. Approve the Fund B, University Program and Facilities Fees (UPFF) 2021-22 Allocation for the University of Nebraska Omaha, Addendum XI-B-4

COMMENTS

- Mr. Chairman, with your approval, I would ask that items 11-B-1 through 11-B-4, approval of the 2021-2022 Fund B University Program and Facilities Fee for UNK, UNL, UNMC and UNO be considered together.

- Fund B fees represent the portion of the university program and facilities fees designated to pay debt services, staff salaries, facility maintenance and other related expenses.

- These fees are vetted each year by student government and help support important student programs such as student health, mental heal services, campus recreation, student unions and transportation services such as shuttles.

- The proposed 2021-22 fees at UNK and UNMC are flat – no change – from the current year. Small increases are proposed at UNO and UNL to address salary and benefit increases.

- The proposed fees were reviewed by the Business & Finance Committee and I recommend their approval.

*Regent Kenney:* Unless there is an objection, we will vote on items 11-B-1 through 11-B-4 together. Is there a motion to approve item items 11-B-1 through 11-B-4? Second? Is there any discussion? Roll call, please.

5. Approve the FY 2021-22 Operating Budget and 2021-22 and 2021-22 tuition rates for the University of Nebraska, Addendum XI-B-5

6. Approve the FY 2021-22 Operating Budget and 2021-22 and

2021-22 tuition rates for the Nebraska College of Technical Agriculture, Addendum XI-B-6

COMMENTS

- Mr. Chairman, with your approval, I would ask that items 11-B-5 and 11-B-6, approval of the 2021-2022 Operating Budgets for the University and the Nebraska College of Technical Agriculture be considered together.

- I shared some comments on our proposed budget earlier, so I won't duplicate those other than to reinforce how pleased we are with our fiscal position.

- I want to thank the chancellors for their leadership throughout this difficult period. And I want to thank all of you for pushing us to be very thoughtful, strategic and disciplined in our budget planning. We've had to make some tough decisions, but we have done it for the long-term growth and success of the University. I feel very good about this budget that we are bringing you today and the trajectory we are on.

- I recommend the proposed budgets for both NCTA and the University to you for your approval.

*Regent Kenney:* Unless there is an objection, we will vote on items 11-B-5 and 11-B-6 together. Is there a motion to approve item items 11-B-5 and 11-B-6? Second? Is there any discussion? Roll call, please.

University of Nebraska at Kearney

7. Approve and authorize execution of standard form Guaranteed Maximum Price contract amendments for New Fraternity and Sorority Life Housing at UNK, Addendum XI-B-7

University of Nebraska-Lincoln

8. Approve and authorize execution of standard form Guaranteed Maximum Price contract amendments for Kiewit Hall at UNL, Addendum XI-B-8

COMMENTS

- Mr. Chairman, with your approval, I would ask that items 11-B-7 and 11-B-8 be considered together. These items seek your approval and authorization to execute standard form Guaranteed Maximum Price contracts for the new Fraternity and Sorority Life Housing project at UNK and the Kiewit Hall Engineering facility at UNL.

- You previously approved the program statements and budgets for these projects. Due to sharply rising costs of construction materials, we are expediting the timeline on both of these projects as much as we can. Your approval of these contracts today will allow us to move up our timelines by at least one month. And in today's construction environment, every day counts.

- The Business and Finance Committee reviewed the proposal and I recommend it to you for your approval.

*Regent Kenney:* Unless there is an objection, we will vote on items 11-B-7 and 11-B-8 together. Is there a motion to approve item items 11-B-7 and 11-B-8? Second? Is there any discussion? Roll call, please.

<u>University of Nebraska Medical Center</u>

9. Approve the acquisition of the property known as American National Bank, Saddle Creek Lots OLA Block 0, Outlots A&B for the University of Nebraska Medical Center, Addendum XI-B-9

10. Approve the acquisition of the properties located at 4616, 4625, 4627, and 4631 Farnam Street, Omaha, Nebraska for the University of Nebraska Medical Center, Addendum XI-B-10

11. Approve the acquisition of the properties located at 4308, 4314, 4338, and 4342 Leavenworth Street, Omaha, Nebraska for the University of Nebraska Medical Center, Addendum XI-B-11

COMMENTS

- Mr. Chairman, with your approval, I would ask that items 11-B-9, 10 and 11 be considered together as they all seek your approval to acquire several parcels of land around the UNMC campus.

- In support of UNMC's master plan, the University continues to work with nearby property owners in acquiring parcels of land that are critical to UNMC expansion.

- The parcels of land are adjacent to the UNMC campus and are critical to maximizing future development opportunities and flexibility.

- The Business and Finance Committee reviewed the proposed acquisitions, and I recommend them to you for your approval.

*Regent Kenney:* Unless there is an objection, we will vote on items 11-B-9 through 11-B-11 together. Is there a motion to approve item items 11-B-9 through 11-B-11? Second? Is there any discussion? Roll call, please.

University of Nebraska at Omaha

12. Approve the Program Statement for Kayser Hall Renovation for the Samuel Bak Museum and Academic Learning Center at UNO, Addendum XI-B-12

COMMENTS

- Item 11-B-12 seeks your approval of the program statement and budget for the Kayser Hall Renovation which will include space for the Samual Bak Museum and Academic Learning Center at UNO.

- I'm excited about this project for many reasons. First, the Samuel Bak Museum and Academic Learning Center has been identified through UNO's strategic planning process as one of its six big ideas to be funded on campus. This will truly be a world class facility hosting over 500 pieces of Samuel Bak's artwork which this Board accepted at our April meeting

- In addition, the renovation of Kayser Hall represents the first project to be funded from our LB 384 (LB 588) deferred maintenance partnership with the State. Through that landmark legislation, we recently were able to sell $400 million worth of bonds, at historically low interest rates, to address building repair and renewal needs across all of our campuses and NCTA. This will be the first of many projects that we will be bringing to the Board over the next several months.

- I again want to thank Senator John Stinner for his unwavering leadership on this issue, as well as members of the Appropriations Committee, the Legislature and Governor Ricketts for their support.

- Details of the proposal are included in your agenda item. Dr. Gold, would you like to share any more comments about the project?

- The Business and Finance Committee reviewed the proposal and I recommend it to you for your approval.

*Regent Kenney:* Is there a motion to approve item 11-B-12? Second? Is there any discussion? Roll call, please.

13. Approve the University of Nebraska at Omaha Department of Public Safety (UNODPS) joining the Interlocal Agreement allowing cooperating law enforcement agencies within Douglas and Sarpy counties in Nebraska to provide assistance in time of emergency or other time of need, Addendum XI-B-13

COMMENTS

- Item 11-B-13 seeks your approval of UNO's Department of Public Safety joining an Interlocal agreement allowing cooperating law enforcement agencies within Douglas and Sarpy counties to provide assistance in times of emergency or other needs.

- As you know, partnerships are a key priority in our five-year strategic plan, and I think joining this interlocal partnership – that allows our UNO safety officers to partner with their law enforcement colleagues in Douglas and Sarpy county – makes a lot of sense. Additional details about the benefits of the partnership are included in your agenda packet.

- The Business and Finance Committee reviewed the agreement and I recommend it to you for your approval.

*Regent Kenney:* Is there a motion to approve item 11-B-13? Second? Is there any discussion? Roll call, please.

**C. FOR INFORMATION ONLY**

1. Amendment of the Standing Rules of the Board of Regents, Addendum XI-C-1

THERE ARE ALSO NUMEROUS REPORTS FOR YOUR REVIEW.

**D. REPORTS**

1. Quarterly Personnel Report for the period January through March 2021, Addendum XI-D-1
2. Spring 2021 Enrollment Report, Addendum XI-D-2
3. Expedited Approval of the Mathematics Education Graduate Certificate to be administered by the Department of Teaching, Learning and Teacher Education in the College of Education and Human Sciences in consultation with the College of Arts and Sciences at the University of Nebraska-Lincoln (UNL), Addendum XI-D-3
4. Laboratory, Student, and Miscellaneous Fees for 2021-2022, Addendum XI-D-4
5. Annual Program Monitoring Reports to the Board of Regents, Addendum XI-D-5
6. Quarterly report of Gifts, Grants, Contracts and Bequests, Addendum XI-D-6
7. Quarterly Status of Capital Construction Projects, Addendum XI-D-7
8. Bids and Contracts, Addendum XI-D-8
9. Intermediate Design Report for the Schmid Law Library Renovation at the University of Nebraska-Lincoln (UNL), Addendum XI-D-9
10. Naming of an exhibit in the Wigton Heritage Center “In Recognition of Bernice M. Hetzner, Director, McGoogan Library, (1948-1973) a Pioneer” pursuant to the Board of Regents Policy RP-2.7.3.b, Addendum XI-D-10
11. Naming of an exhibit in the Wigton Heritage Center “The History of Teaching Tools Exhibit” pursuant to the Board of Regents Policy RP-6.2.7.3.b, Addendum XI-D-11
12. Approve the naming of selected spaces within the Rod Rhoden Business Innovation Center at the University of Nebraska at Omaha, pursuant to Board of Regents Policy RP-6.2.7.3.b, Addendum XI-D-12

13. Renewal of Student Health Insurance Policies, Addendum XI-D-13

*Regent Kenney:* I accept the reports listed in the agenda, on behalf of the Board.

**XII. ADDITIONAL BUSINESS**

*Regent Kenney:* Do we have a motion for Closed Session? Regent O'Connor.

***Regent O'Connor:***

**I move that the Board of Regents go into closed session as authorized by Section 84-1410 of the Revised Statutes of Nebraska for the protection of the public interest, and to prevent needless injury to the reputation of persons who have not requested a public hearing, for the purpose of holding a discussion limited to the following subject.**

- **Personnel matters involving members of the University staff.**

*Regent Kenney*: Do we have a second? Call the roll.

*After the vote on the motion to go into Closed Session, Regent Kenney declares:*
Let the minutes of this meeting reflect that this Closed Session shall be strictly limited to discussion of only the following subject:

- Personnel matters involving members of the University staff.

***Regent Kenney:*** **We are now in closed session. As you leave the room, please take with you all recording devices and personal belongings.**

***Note: The Board will reconvene after the closed session.***

**ADJOURNMENT**

*Regent Kenney:* There being no further business, and if there's no objection, we stand adjourned. Thank you.