IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ASHLEY SCOGGIN,

Plaintiff,

vs.

BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and individuals AMY WILLIAMS, TREV ALBERTS, and CHUCK LOVE, JR., in their individual capacities,

Defendants.

Case No. 4:24-cv-3039

**PLAINTIFF'S MOTION TO FILE UNDER SEAL**

Ashley Scoggin, Plaintiff in the above-captioned matter, by and through her counsel of record, pursuant to NECivR 7.5, moves this Court for an Order permitting her to file under seal the following documents:

1. Supplemental Index of Evidence in Opposition to Defendant's Motion for Summary Judgment [Under Seal];
2. Supplemental Brief Opposing Defendants' Motion for Summary Judgment [Under Seal]; and
3. Supplemental Separate Statement of Material Facts [Under Seal].

In support of this Motion, the undersigned represents to this Court that the information contained in the Supplemental Separate Statement of Material Facts [Under Seal] and the Supplemental Brief Opposing Defendants' Motion for Summary Judgment [Under Seal] was subject to a protective order to which counsel stipulated during a deposition, pertaining to a limited topic of that witness' deposition. The undersigned is honoring that protective order but wishes to

present the information obtained pursuant to that protective order in opposition to Defendants' Motion.

ASHLEY SCOGGIN, Plaintiff,

By: */s/ Maren L. Chaloupka*

Maren Lynn Chaloupka, #20864
Chaloupka Law, LLC
1906 Broadway
P.O. Box 1724
Scottsbluff, NE 69363-1724
(308) 270-5091
mlc@chaloupkalaw.net

-AND-

Nathan J. Bruner – NSBA # 23629
Bruner Frank Schumacher
5804 1st Avenue
P.O. Box 2230
Kearney, NE 68847
(308) 455-1046
nbruner@nebraskalawfirm.net

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument has been sent via CM/ECF on this 21st day of October 2026, to the following:

Denise E. Frost
Johnson & Mock, PC LLO
9900 Nicholas Street, #225
Omaha, NE 68114
dfrost@johnsonandmock.com

Bren H. Chambers
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
bchambers@nebraska.edu

Susan K. Sapp
Lily Amare
Cline Williams Wright Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 South13th Street
Lincoln, NE 68508
ssapp@clinewilliams.com
lamare@clinewilliams.com

*/s/ Maren Lynn Chaloupka*